IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 06-482-M-01 (AK) |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | |
| ) | |
| Defendant.  ) | |

**JOINT MOTION FOR ORDER WAIVING
TIME FROM SPEEDY TRIAL CALENDAR**

Defendant, Chiedozie Unachukwu, respectfully submits this Joint Motion for Order Waiving Time From Speedy Trial Calendar.

In support of this Motion, counsel submits as follows:

1. Mr. Unachukwu is currently charged by Complaint with a violation of 18 U.S.C. § 2243(a).

2. The government and counsel for Mr. Unachukwu are currently in negotiations for a pre-indictment disposition of this matter.

3. Mr. Unachukwu has been informed of and understands his rights under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.  Having been informed of those rights and his ability to waive those rights temporarily and exclude periods of time from the operation of the Act, Mr. Unachukwu hereby requests a waiver of sixty (60) days from the date of this Motion.  The purpose of this waiver is so that counsel for Mr. Unachukwu and the government can have further discussions concerning a pre-indictment disposition of his case.

4. The government joins in this Motion.

WHEREFORE, the parties respectfully request that the Court enter the attached Oder excluding sixty (60) days from the date of this Motion under the Speedy Trial Act.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500
(202) 208-7515 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 06-482-M-01 (AK) |
| CHIEDOZIE UNACHUKWU, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of the Joint Motion for Order Excluding Time From Speedy Trial Calendar, and for good cause shown, it is hereby

**ORDERED** that the proposed speedy trial exclusion serves the interests of justice and judicial efficiency; and it is further

**ORDERED** that 60 days from the date of this Order are hereby **EXCLUDED** from the speedy trial calendar in this case.

**SO ORDERED.**

                                                                          _____
                                                                          UNITED STATE MAGISTRATE JUDGE

cc:   Jonathan Jeffress, AFPD
         Michael Liebman, AUSA