UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. **06-0482M-01 (CR)** |
| **CHIEDOZIE F. UNACHUKWU,** | : | VIOLATIONS: 18 U.S.C. § 2423(b) |
| **Defendant.** | : | (Travel with Intent to Engage in Illicit Sexual |
| | : | Conduct) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about November 16, 2006, within the District of Columbia, **CHIEDOZIE F. UNACHUKWU**, knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is: a sex act as defined in 28 U.S.C. §2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498-610

BY: _____
MICHAEL C. LIEBMAN
Assistant United States Attorney
Bar NO. 479-562
Federal Major Crime Section
555 4th Street, N.W., Room 4231
Washington, D.C. 20530
(202) 353-2385
michael.liebman@usdoj.gov