IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-482-M-01 (AK)  *06-358* |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | **FILED** |
| ) | |
| Defendant. ) | DEC 2 0 2006 |
| ) | |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Joint Motion for Order Excluding Time From Speedy Trial Calendar, and for good cause shown, it is hereby

**ORDERED** that the proposed speedy trial exclusion serves the interests of justice and judicial efficiency; and it is further

**ORDERED** that 60 days from the date of this Order are hereby **EXCLUDED** from the speedy trial calendar in this case.

**SO ORDERED.**

12/18/06

_____
UNITED STATE MAGISTRATE JUDGE

cc:    Jonathan Jeffress, AFPD
       Michael Liebman, AUSA