UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

CHIEDOZIE F. UNACHUKWU

Criminal No. 06-358

## WAIVER OF INDICTMENT

I, **Chiedozie F. Unachukwu**, the above named defendant, who is accused of: 18 U.S.C. 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on January 29, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
GLADYS KESSLER
United States District Judge