UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

CHIEDOZIE F. UNACHUKWU

Criminal No.   06-358

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States Attorney

**APPROVED:**

_____
GLADYS KESSLER
United States District Judge

Dated:   January 29, 2007