UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-358 (GK) |
| CHIEDOZIE E. UNACHUKWU, | : **FILED** |
| Defendant. | : JAN 2 9 2007 |
| | : NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

It is hereby this 29th day of January, 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than April 15, 2007, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than April 20, 2007 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on April 25, 2007 at 4:15pm.

**IT IS SO ORDERED.**

Gladys Kessler
U.S. District Judge