IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-358 (GK) |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ORDER
PERMITTING DEFENDANT TO CHANGE ADDRESSES**

Defendant, Chiedozie Unachukwu, respectfully submits this Unopposed Motion for Order Permitting Defendant to Change Addresses.

In support of this Motion, counsel submits as follows:

1. Mr. Unachukwu was charged by Information with a violation of 18 U.S.C. § 2423(b). He plead guilty to this offense on January 29, 2007.

2. Both before and after his plea, Mr. Unachukwu has been in the High Intensity Supervision Program (HISP). Mr. Unachukwu is subject to all of the terms and conditions of the HISP, including, inter alia, electronic monitoring and a curfew. In addition, at the time of his initial appearance, Magistrate Judge Kay imposed special restrictions regarding Mr. Unachukwu's use of computers. Magistrate Judge Kay also placed Mr. Unachukwu at the home of a family friend in Bowie, Maryland, which required him to move addresses.

3. Since his initial release in this case, Mr. Unachukwu has been in 100% compliance with all terms and conditions of the HISP.

4. By this Motion, Mr. Unachukwu seeks to move back to his apartment in

Hyattesville, Maryland.  The new address will be provided to Pretrial Services and Mr. Unachukwu will be under all of the same terms and conditions of release set forth above, except that the electronic monitoring device will be moved to his new residence.

5.      Neither Pretrial Services nor the government oppose the relief requested in this Motion.

WHEREFORE, defendant respectfully requests that he be permitted to change addresses from his current living situation in Bowie, Maryland to Hyattesville, Maryland..

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500, ex. 134
(202) 208-7515 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-358 (GK) |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant's Unopposed Motion for Order Permitting Defendant to Change Addresses, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that defendant shall be permitted to relocate from his current address in Bowie, Maryland to an address in Hyattesville, Maryland. Defendant shall provide all new address information to Pretrial Services prior to changing addresses

All other terms and conditions of release remain the same.

_____
The Honorable Gladys Kessler
United States District Judge

Copies to:
Melvin Tilden, Pretrial Services
Jonathan Jeffress, AFPD
Michael Liebman, AUSA