IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 06-358 (GK) |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's Unopposed Motion for Order Permitting Defendant to Change Addresses, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that defendant shall be permitted to relocate from his current address in Bowie, Maryland to an address in Hyattesville, Maryland. Defendant shall provide all new address information to Pretrial Services prior to changing addresses

All other terms and conditions of release remain the same.

2/15/07

The Honorable Gladys Kessler
United States District Judge

Copies to:
Melvin Tilden, Pretrial Services
Jonathan Jeffress, AFPD
Michael Liebman, AUSA