**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-358 (GK)** |
| | ) | |
| **CHIEDOZIE UNACHUKWU,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Defendant, Chiedozie Unachukwu, respectfully submits this Motion to Continue the Sentencing in this matter.  Due to several factors set forth below, the defense is requesting that the sentencing in this matter be continued until June 2007 or thereafter.  In support of this Motion, undersigned counsel submits as follows:

1.      Mr. Unachukwu was charged by Information with a violation of 18 U.S.C. § 2423(b).  He plead guilty to that offense on January 29, 2007.  Mr. Unachukwu is scheduled to be sentenced on April 25, 2007.

2.      As part of preparing Mr. Unachukwu's case for sentencing, the defense has had Mr. Unachukwu's case reviewed by a psychologist in order to assist the Court in determining certain factors under 18 U.S.C. § 3553(a).  Based on the need for follow-up interviews and interviews with collateral sources, the psychologist's review of this case will not be complete until May 11, 2007.  Counsel will be able to submit his Memorandum in Aid of Sentencing sometime shortly thereafter.

3.      In addition, Mr. Unachukwu is currently finishing up his Masters Degree at the University of Maryland, Baltimore College.  Classes end on May 19, 2006.  Given the likelihood

that Mr. Unachukwu will be deported back to Nigeria–at a minimum–following his sentencing in this case, counsel respectfully requests that the Court postpone the sentencing so that Mr. Unachukwu may complete the necessary classwork to obtain his Masters degree.  Counsel is respectfully requesting that the sentencing be postponed until June, as defense counsel is not available in late May.

       4.       Both before and after his plea, Mr. Unachukwu has been in the High Intensity Supervision Program (HISP).  Mr. Unachukwu is subject to all of the terms and conditions of the HISP, including, inter alia, electronic monitoring and a curfew.  In addition, at the time of his initial appearance, Magistrate Judge Kay imposed special restrictions regarding Mr. Unachukwu's use of computers.

       5.       Since his initial release in this case, Mr. Unachukwu has been in 100% compliance with all terms and conditions of the HISP.  He has not had a single violation of any condition.

       6.       Mr. Unachukwu has been informed of his right to a speedy sentencing, and hereby waives that right in order to obtain the relief requested in this Motion, which is that his sentencing be postponed until sometime in June 2007 or thereafter.

       7.       The government opposes the relief requested in this Motion on the ground that it does not believe Mr. Unachukwu should have been admitted to bail in the first instance, nor after the plea.

WHEREFORE, defendant respectfully requests that the sentencing in this case be

postponed until sometime in or after June 2007.


Respectfully submitted,


_____/s/_____

Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500, ex. 134
(202) 208-7515 (fax)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal No. 06-358 (GK)** |
| ) | |
| **CHIEDOZIE UNACHUKWU,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of defendant's Motion to Continue Sentencing, the Opposition thereto,

and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**; it is further

ORDERED that defendant's sentencing shall be **RESCHEDULED** for

_____, 2007 at _____am/pm.

**SO ORDERED.**


_____
The Honorable Gladys Kessler
United States District Judge


Copies to:
Melvin Tilden, Pretrial Services
Jonathan Jeffress, AFPD
Michael Liebman, AUSA