UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Crim. No. 06-358-GK** |
| ) | |
| **CHIEDOZIE F. UNACHUKWU,** ) | |
| ) | |
| Defendant. ) | |

Government's Memorandum In Opposition To Defendant's Motion To
<u>Continue Sentencing</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby opposes defendant Chiedozie F. Unachukwu's motion to continue sentencing.

Pursuant to a plea agreement, on January 29, 2007, defendant Unachukwu waived indictment and pleaded guilty to a one-count information charging him with traveling from Maryland to the District of Columbia, on or about November 16, 2006, for the purpose of engaging in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b), an offense punishable by up to 30 years in prison. As charged in the information, the defendant's intended illicit sexual conduct was to engage in a sexual act with another person older than 12 but not yet 16, which other person is at least four years younger than the defendant. <u>See</u> 18 U.S.C. § 2243(a). As set out in the agreed Statement of Offense, the defendant, 23 years old at the time of the crime, used the internet to try to entice a person he believed to be a girl under 14 years old to have sex with him, and then drove from Maryland to meet the girl in Washington, D.C.

Following the guilty plea, the government moved that the defendant be detained pending sentencing. The motion was denied, and sentencing was set for April 25, 2007.

The government opposes the motion to postpone the sentencing because it continues to believe that the defendant should be held. At the upcoming sentencing the defendant faces a maximum statutory prison term of 30 years. The Probation Office has now calculated the guideline range of imprisonment at 46 to 57 months, a calculation undisputed by the defendant. Significantly, under the plea agreement the parties cannot allocute for a prison sentence outside the applicable guideline range, less up to six months at each end pursuant to United States v. Smith, 307 U.S. App. D.C. 199, 27 F.3d 649 (1994) (allowing for a downward guidelines departure based on a defendant's alienage). Accordingly, the defendant will not be able to allocute for a prison term less than 40 months.

The defendant, a foreign national, is unmarried and has no children. His parents and all his siblings live overseas. Given the guidelines determination, which was only recently issued by the Probation Office, the defendant is more of a flight risk than he was at the time of his guilty plea in January.

Moreover, pursuant to 18 U.S.C. § 3143(a)(2), a defendant who has been found guilty of any offense described in 18 U.S.C. § 3142(f)(1)(A), (B) or (C) can only be released pending sentencing

if the Court finds: (1) "there is a substantial likelihood that a motion for acquittal or new trial will be granted or [(2)] an attorney for the government has recommended that no sentence of imprisonment be imposed." 18 U.S.C. § 3142(a)(2)(A) (emphasis added).[1] One set of offenses covered by 18 U.S.C. § 3142(f)(1)(A) is any "crime of violence." And pursuant to 18 U.S.C. § 3156, the term "crime of violence" includes all offenses in chapter 117 of title 18 of the U.S. Code, the chapter that includes the offense the defendant has pled guilty to. Under these provisions, the government submits, the defendant should have been held pending sentencing.

Accordingly, the motion to continue the sentencing should be denied. A proposed Order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by: /s/
_____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C. 20530
353-2385

---

[1] And, after making at least one of those findings, the Court must go on to find by clear and convincing evidence that the defendant "is not likely to flee or pose a danger to any other person or the community." 18 U.S.C. § 3143(a)(2)(B).

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         )
                                     )
       **v.**                        )   Crim. No. 06-358-GK
                                     )
**CHIEDOZIE F. UNACHUKWU,**          )
                                     )
       **Defendant.**                )

                            O R D E R

   Upon consideration of the defendant's motion to continue sentencing and the government's opposition thereto, it is hereby ORDERED that the motion is denied.


date:                                 _____
                                      Gladys Kessler
                                      United States District Judge