IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-358 (GK) |
| | ) | |
| CHIEDOZIE UNACHUKWU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO POSTPONE SURRENDER
DATE AND SET STATUS CONFERENCE**

The parties respectfully submit this Joint Motion to Postpone the Surrender Date and Set Status Conference.  For the reasons stated below, the parties respectfully request that the Court postpone defendant's surrender date until 5:00 p.m. on Monday, April 30, 2007.  In addition, the parties request that the Court set a hearing on or before Monday so that the Court can consider additional arguments from the parties with respect to defendant's status pending sentencing.

In support of this Motion, the parties submit as follows:

1.  At a hearing today, the Court ordered defendant to surrender to the U.S. Marshals no later than tomorrow, April 27, 2007, at 5:00 pm.

2.  Following the hearing, the parties further discussed the case and the issues related to defendant's release status pending sentencing.  The parties have agreed to file the instant Motion, requesting that the Court postpone defendant's surrender date until Monday, April 30, 2007.  Furthermore, the parties are respectfully requesting that the Court set a status conference on or before Monday so that the parties can present additional arguments (or, if negotiations are

successful, a proposed resolution) of defendant's release status pending sentencing.[1]

WHEREFORE, the parties respectfully request that the Court postpone defendant's surrender date until Monday, April 30, 2007 at 5:00 p.m. and set a status conference on or before April 30th.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500, ex. 134
(202) 208-7515 (fax)

---

[1] Defendant anticipates filing additional papers tomorrow, April 27, 2007, setting forth his arguments for why defendant should be released pending sentencing, including why defendant meets the "exceptional reasons" standard of 18 U.S.C. § 3145(c).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 06-358 (GK) |
| CHIEDOZIE UNACHUKWU, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Postpone Surrender and Set Status Conference, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that defendant's surrender date of April 27, 2007 is postponed until April 30, 2007 at 5:00 p.m.; and it is further

**ORDERED** that a status conference shall be held April _____, 2007 at _____ am/pm.

**SO ORDERED.**

_____
The Honorable Gladys Kessler
United States District Judge

Copies to:
Jonathan Jeffress, AFPD
Michael Liebman, AUSA
Melvin Tilden, Pretrial Services