IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-358 (GK) |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | **FILED** |
| ) | |
| Defendant. ) | APR 2 6 2007 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the parties' Joint Motion to Postpone Surrender and Set Status Conference, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that defendant's surrender date of April 27, 2007 is postponed until April 30, 2007 at 5:00 p.m.; and it is further

**ORDERED** that a status conference shall be held April __30__, 2007 at __11:15__ am/~~pm~~.

**SO ORDERED.**

April 26, 2007

Gladys Kessler
The Honorable Gladys Kessler
United States District Judge

Copies to:
Jonathan Jeffress, AFPD
Michael Liebman, AUSA
Melvin Tilden, Pretrial Services