IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-358 (GK) |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF FILING

Defendant, Chiedozie Unachukwu, respectfully submits this Notice of Filing. Today, April 30, 2007, the Court asked defense counsel to submit a proposed Order incorporating the new conditions of release set out by the Court at the hearing. The requested Order is attached hereto. Counsel has respectfully added one additional purpose for which defendant is allowed to leave his residence, which is to meet with undersigned counsel.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500, ex. 134
(202) 208-7515 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-358 (GK) |
| | ) | |
| CHIEDOZIE UNACHUKWU, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the hearing held in open Court on April 30, 2007, and for good cause shown, it is hereby

**ORDERED** that defendant's conditions of release are **MODIFIED** in the following manner:

1. Defendant's nighttime curfew is 9pm.

2. Defendant may leave his residence only for the following reasons:

    a. for student obligations at his University;

    b. to meet with his spiritual advisors in his community, who are:

       i) Pastor Timothy Okeke;

       ii) Onyedika Okeke;

       iii) Edwin L. Elodimuor;

       iv) Victor Mbakpuo;

       v) Uche Ibeawuchi

      vi) Leonard Enendu;

      vii) Flora Enendu.

    c.    to meet with his attorney.

3.    The government may seize and search defendant's computer at any time prior to sentencing.

All other conditions of release remain the same.

**SO ORDERED.**

 

_____
The Honorable Gladys Kessler
United States District Judge

Copies to:
Melvin Tilden, Pretrial Services
Jonathan Jeffress, AFPD
Michael Liebman, AUSA