## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v. )<br><br>CHIEDOZIE UNACHUKWU, )<br><br>Defendant. ) | Criminal No. 06-358 (GK)<br><br>**FILED**<br><br>MAY 0 2 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of the hearing held in open Court on April 30, 2007, and for good cause shown, it is hereby

**ORDERED** that defendant's conditions of release are **MODIFIED** in the following manner:

1.    Defendant's nighttime curfew is 9pm.

2.    Defendant may leave his residence only for the following reasons:

a.    for student obligations at his University;

b.    to meet with his spiritual advisors in his community, who are:

i) Pastor Timothy Okeke;

ii) Onyedika Okeke;

iii) Edwin L. Elodimuor;

iv) Victor Mbakpuo;

v) Uche Ibeawuchi

2

vi) Leonard Enendu;

vii) Flora Enendu.

c.    to meet with his attorney.

3.    The government may seize and search defendant's computer at any time prior to

sentencing.

All other conditions of release remain the same.

**SO ORDERED.**

_May 2, 2007_

_G. Kessler_
The Honorable Gladys Kessler
United States District Judge

Copies to:
Melvin Tilden, Pretrial Services
Jonathan Jeffress, AFPD
Michael Liebman, AUSA

3