**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Criminal No. 06-358 (GK)** |
| ) | |
| ) | |
| **CHIEDOZIE UNACHUKWU,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT CHIEDOZIE UNACHUKWU'S**
**MEMORANDUM IN AID OF SENTENCING**

Defendant, Chiedozie Unachukwu, respectfully submits this Memorandum in Aid of
Sentencing.  By this Memorandum, Mr. Unachukwu presents further information, in addition to
that contained in the Presentence Investigation Report ("PSR"), to assist the Court in determining
Mr. Unachukwu's sentence under 18 U.S.C. § 3553(a).

In short, the defense respectfully requests that the Court weigh a number of important
factors in rendering its sentence in this case.  Those factors include Mr. Unachukwu's significant
accomplishments in his young life and his high potential to succeed; his high standing in his
community; the aberrational nature of the conduct in this case; the clear evidence demonstrating
that Mr. Unachukwu is not a pedophile; and, finally, the fact that–no matter what happens at
sentencing in this case–Mr. Unachukwu will inevitably pay a very high price for the offense as,
inter alia, he will almost certainly be deported back to Nigeria.

**BACKGROUND**

**A.     Procedural History.**

The offense conduct in this case occurred on November 16, 2006.  Following his arrest, Mr. Unachukwu waived his <u>Miranda</u> rights and provided a full statement to the police.  The government also obtained Mr. Unachukwu's consent to search his computers.

Mr. Unachukwu was initially charged by Complaint.  On December 14, 2006, the government charged Mr. Unachukwu by Information with a violation of 18 U.S.C. § 2423(b). Mr. Unachukwu plead guilty to that offense on January 29, 2007.

At his detention hearing back in November 2006, Mr. Unachukwu was released into the High Intensity Supervision Program ("HISP"), this Court's most restrictive form of release. Throughout this case, Mr. Unachukwu has been subject to all of the terms and conditions of the HISP, including, <u>inter</u> <u>alia</u>, electronic monitoring and a curfew.  In addition, at the time of his release, Magistrate Judge Kay imposed a special condition regarding Mr. Unachukwu's use of computers.  The Court then increased Mr. Unachukwu's special conditions by an Order dated May 2, 2007.  Under that Order, in addition to the previous conditions, Mr. Unachukwu was prohibited from leaving his apartment for anything other than school or religious purposes; Mr. Unachuwku's curfew was changed from midnight to 9 p.m.; and the government was able to inspect the contents of Mr. Unachukwu's computer at any time without a warrant.

Throughout the entire period of his release, including the period since May 2, 2007, Mr. Unachukwu has been <u>100% compliant</u> with all terms and conditions of his release.  He has not had a single violation of any condition, including the increased conditions imposed in April

2

2007.

**B.     Plea Agreement**

**1.     Restricted Defense Allocution.**

Under the plea agreement in this case, the defense is restricted as to its sentencing

allocution.  The defense may allocute for the low end of the Guidelines range, after an agreed-to

United States v. Smith departure of up to six months based upon Mr. Unachukwu's status as a

deportable alien. See January 3, 2007 Plea Agreement, ¶ 5, 6.  After subtracting 6 months from

the low end of Mr. Unachukwu's Guidelines range, the sentence would be 40 months.

**2.     Court's Sentencing Discretion.**

The plea agreement does not limit or affect this Court's duty to impose a sentence that is

"sufficient, but not greater than necessary" to meet the purposes of sentencing.  See Plea

Agreement, ¶ 5 ("Your client understands that the sentence in this case will be determined by the

Court, pursuant to the factors set forth in 18 U.S.C. § 3553(a)"), ¶ 8 ("It is understood that the

sentence to be imposed upon your client is determined solely by the Court").  In the event the

Court "contemplates a sentence outside the guidelines range based upon the general sentencing

factors listed in 18 U.S.C. § 3553(a)," the parties have reserved the right "to answer any related

inquiries from the Court." Id., ¶ 7.  In sum, under the plea agreement, the Court should

determine Mr. Unachukwu's sentence under the normal factors for determining a federal

sentence, i.e., under the 18 U.S.C. § 3553(a) factors.  See, e.g., United States v. Pickett, 475 F.3d

1347, 1353 (D.C. Cir. 2007).  The section 3553(a) factors and pertinent information concerning

Mr. Unachukwu and the offense are set forth below.

C.    **Psychological Evaluation**

In anticipation of sentencing, the defense had Mr. Unachukwu undergo a psychological evaluation conducted by a retained defense expert, Dr. Carole T. Guinta. See Ex. 1 (psychological evaluation of Chiedozie Unachukwu ("Eval."))[1] Dr. Guinta's experience evaluating and treating sex offenders dates back to 1990. See id. at 1. Since that time, she has conducted numerous evaluations of alleged and adjudicated sex offenders. Id. Dr. Guinta has also provided treatment to sex offenders in both inpatient and outpatient settings. Id. In conducting her evaluation of Mr. Unachukwu, Dr. Guinta interviewed Mr. Unachukwu twice, and also spoke with several collateral sources, including Mr. Unachukwu's mentor here in the United States, Mr. Victor Mbakpuo, and Mr. Unachukwu's pastor from his church here in the United States, Mr. Timothy Okeke. Id. Dr. Guinta also reviewed all relevant case materials, including the plea agreement, factual proffer, and PSR. Id.

The evaluation first reviews Mr. Unahukwu's upbringing, including his educational background and accomplishments. As noted, while attending a religious boarding school in Nigeria, Mr. Unachukwu was the Class Prefect (1997/1998), Chapel Prefect (1998/1999), and Senior Prefect (1999/2000). These are very high positions within Mr. Unachukwu's high school and are only given to students who are deemed to be of the highest character and have the greatest commitment to his or her fellow students.

Since he emigrated to the United States, Mr. Unachukwu has continued to assemble an

---

[1]    The version of the Evaluation attached hereto as Exhibit 1 is an unsigned copy sent by email. Counsel is expecting the signed copy by mail shortly, and will file the Evaluation when it is received.

excellent academic record, both in terms of his GPA and in extracurricular activities. The letters from Mr. Unachukwu's friends and family attached hereto discuss, inter alia, Mr. Unachkwu's extraordinary successes as a student. See Ex. 2 (letters from family members) and Ex. 3 (letters from friends and other fellow community members).

With respect to sexual activity, Dr. Guinta's report notes the impact of Mr. Unachukwu's upbringing and culture on his attitudes towards sex. As noted in the evaluation,

> In accordance with his religious faith as well as his cultural upbringing, Mr. Unachukwu follows very clear and strict guidelines regarding sexual behavior. Namely, sex should only occur within marriage. Sex outside of marriage is considered to be a sin as is masturbation, homosexuality and the use of pornography...Throughout his upbringing, Mr. Unachukwu was discouraged from spending time one-on-one with girls and from dating because his parents were concerned that this could lead to sex. As such, Mr. Unachukwu has never dated and has extremely limited sexual experience.

Eval. at 2. With respect to Mr. Unachukwu's sexual experience thus far,

> Since living in the United States he has kissed one girl and has had sex on one occasion with another girl. He described his lone sexual experience as 'a mistake.' Mr. Unachukwu acknowledges that he is sexually curious and has sexual desire, but does not allow himself to act on that desire. Indeed, he felt guilty for a long time after having sex because he considered it to be a sin. Mr. Unachukwu has no experience with masturbation or use of pornography which are not a part of his culture.

Id.

As a result of his limited sexual experience and his restrictive upbringing, Mr. Unachkwu is a "23-year-old young man with normal sexual desire who has no outlet for that desire given his cultural and religious expectations." Eval. at 4. Mr. Unachukwu's lack of a normal sexual outlet "is compounded by the fact that he is caught between his traditional Nigerian culture where waiting for sex and marriage are strongly reinforced and the much freer culture of the United

States regarding sex which he is immersed in on a daily basis." Id.

Due to the above background, as well as the fact that Mr. Unachukwu's studies are in the field of information technology, Mr. Unachukwu's sexual outlet became, regrettably, the internet. As noted by Dr. Guinta, the "anonymity and impersonal nature" of the internet likely contributed to the offense in this case, in that Mr. Unachukwu said things during the chats that he would never say during actual person-to-person contact. Id. at 5.

Importantly, as part of her evaluation, Dr. Guinta examined whether Mr. Unachukwu for signs of pedophilia, or the sexual attraction to young girls in particular. Dr. Guinta found that Mr. Unachukwu does not meet the criteria for pedophilia, as he is not sexually attracted to children. Id.

## DISCUSSION

**A.    The 18 U.S.C. § 3553(a) Factors.**

Title 18, U.S. Code § 3553(a) now governs federal sentencing. It requires courts to "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph 2." Section 3553(a)(2) states that such purposes are:

> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>
> (B) to afford adequate deterrence to criminal conduct;
>
> (C) to protect the public from further crimes of the defendant; and
>
> (D) to provide the defendant with the needed educational and vocational training, medical care, or other correctional treatment in the most effective manner.

Section 3553(a) also instructs sentencing courts to consider: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the kinds of sentences available, (3) the sentencing range established by the guidelines; (4) and pertinent policy statements issued by the Sentencing Commission; (5) the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct; and (6) and the need to provide restitution to any victims of the offenses charged. See 18 U.S.C. § 3553(a)(2).

**B.    Chiedozie Unachukwu and the 18 U.S.C. § 3553(a) Factors.**

**1.    History and Characteristics of Mr. Unachukwu.**

When considering Mr. Unachukwu's history and characteristics, the Court should consider that, outside of the offense in this case, Mr. Unachukwu has not come remotely close to the criminal justice, neither in Nigeria nor in the United States. He has no prior criminal convictions or even arrests. Even more to the point, it is apparent from the PSR, Dr. Guinta's evaluation, and the letters submitted on Mr. Unachukwu's behalf that he leads a highly disciplined and religious life. See Eval. at 1-3; see also Ex 2 (letters from family of Mr. Unachukwu) and Ex. 3 (letters from fellow community members of Mr. Unachukwu). As noted in the letter from Mr. Unachukwu's mother and father, for example:

> Fred is a very hardworking and industrious young man who has dreams and wants to make the best out of his life. This has led him to doing different jobs since his undergraduate years and even working for about 20 hours in a week while carrying his full semester work load. He is very much involved in church activities because he has learnt from childhood to follow the way of God. He is a very straightforward person, likes acquiring knowledge and has never been known to be an idle person. Instead of being idle at

his free hours, he would rather use such time for acquiring more knowledge.

The Court should also consider Mr. Unachukwu's educational accomplishments. There is no question that Mr. Unachukwu is a very intelligent person who has always excelled academically at every level of his education, from the top secondary school in Nigeria which he attended to the Masters Program in which he is currently enrolled. See Ex. 4 (UMBC transcript reflecting GPA of 3.73); see also PSR, ¶ 39. In addition to his high grades, Mr. Unachukwu has received several academic awards. See Ex. 5 (achievement certificates).

The Court should also consider that Mr. Unachukwu has excelled as a friend and a fellow student to his peers. Throughout his life as a student, Mr. Unachukwu has worked hard to help other students and to be a productive member of his community. At UMBC, Mr. Unachukwu has worked as a tutor and as a research assistant. Mr. Unachukwu was also selected as a residential life staff member, which is a residential advisor to junior students in the University. See Ex. 6 (March 16, 2005 letter awarding Residential Advisor position)

The Court should also consider Mr. Unachukwu's contributions to his community here in the United States and in Nigeria. The letters attached to this Memorandum are resounding in their praise for Mr. Unachukwu's character, his accomplishments, and his generosity towards others. See Ex. 3 (letters from fellow community members). As noted in the letters, Mr. Unachukwu is very involved in his church, the Voice of the Last Days Ministry. See Ex. 3 (letter from Timothy Okeke, Pastor of Church). Unche Ibeawuchi, a guard with the District of Columbia's Department of Corrections and a fellow churchgoer to Mr. Unachukwu, notes that

Mr. Unachukwu's "dedication at Church has put him in the position of a role model to the youths of my Church as he volunteers as much as he can to serve the church and help his fellow human beings."

Notably, despite his tremendous sense of shame over his conduct in this case, Mr. Unachukwu has not hidden his offense from the fellow members of his Church, but instead has asked for their forgiveness.  Id.  He has also used his mistake to try and teach others.  As stated by Pastor Okeke:

> On coming to his senses, he remembered whom he was, his parents, his family, his schools and above all his church from where he was groomed from childhood, he became sober and returned to God crying for mercy and forgiveness.  He immediately retraced his steps and promised his God and members of his family and the community that such a thing would not be heard or mentioned with his name again if the hands of the law would exercise mercy to him as a first offender.  A close study and monitoring of his life since the incident would reveal a young man who has learnt the hard way and whose past haunts the present.

> In fact since then he has been very sober, hence he returned fully to the work of the Lord, guiding the youths, leading the prayer team and engaging in educating those that are behind in some subjects and especially warning them to be vigilant and thoughtful as not to try the hard way he has passed.  He would always be teaching with tears and lamentation that he made the greatest mistake of his life.  He is daily using this sad experience to edify the youth and even the church moral enrichment programs.

**2.      The Nature and Circumstances of the Offense.**

In terms of the nature and circumstances of the offense, the factual proffer submitted by the government graphically and unsparingly sets forth the offense conduct in this case.  There is no need to do that again here.  Several points, however, must be made.  First, any honest assessment of this case includes the fact that Mr. Unachukwu believed the "victim" in this case

to be 14 years old, and not 13.  Mr. Unachukwu was himself 23 years old at the time of the offense.  In addition to the above, in May 2006, when Mr. Unachukwu was 22 years old, he engaged in a somewhat explicit sexual chat with a "female"–actually another police detective–who said "she" was 14 years old at the time.

A candid assessment of this case also includes the fact that the internet chats demonstrate Mr. Unachukwu was looking for a physically mature--and not a physically immature--female.  To begin  with, the chat room in this case is the Yahoo "romance" chat room for people who live in Maryland.  In order to gain entry into the chat room, one has to certify that one is over 18 years of age.  Thus, Mr. Unachukwu obviously did not begin the offense in this case specifically searching for underage females.  Moreover, as Dr. Guinta recognized in her evaluation, "[t]hrough some of his questioning Mr. Unachukwu was attempting, albeit in a coarse fashion, to determine if the individual he was chatting with was sexually mature as he was not interested in someone who was not."  Eval. at 5.  As confirmed by Dr. Guinta's evaluation, Mr. Unachukwu does not meet the criteria for pedophilia.  See, e.g., Eval. at 5

The fact that Mr. Unachukwu was interested in a physically mature person, which is apparent from the chats themselves and from Dr. Guinta's evaluation, is significant.  For however much the government seeks to place all of these kinds of cases in a single category of awfulness, the defense respectfully submits it is imperative the Court take into account certain distinctions among the cases such as the above.  The underlying considerations in cases involving true pedophilia–which this case does not–are too important to the appropriate sentence under the section 3553(a) factors.  The defense respectfully submits that the Court must pay attention to

these kinds of distinctions in these cases in order to ensure that the purposes of sentencing are met, and that certain defendants' sentences are not "greater than necessary" to meet the purposes of sentencing.

In sum, the offense in this case involves a young man who did not understand how to pursue a sexual relationship in a proper manner, and resorted to the internet for his sexual outlet. Mr. Unachukwu made a tragic mistake that, no matter what sentence he receives, will cost him enormously for the rest of his life.

**3.      Other Sentencing Factors.**

**a.      The Need to Protect the Public.**

There is no need for a lengthy period of incarceration in this case to protect the public-- either the American public or the Nigerian public--from further crimes by Mr. Unachukwu.  As set forth in Dr. Guinta's report, "Mr. Unachukwu has experienced tremendous shame and public humiliation in the wake of his arrest for this type of offense given the strongly held religious and cultural expectations within his family and culture along with his history as a model of moral behavior.  This will go a long way towards deterring further sexual exploration of this type from this defendant."  Eval at 5.  In addition, the letters submitted from Mr. Unachukwu's friends and family are replete with references to the tremendous sense of embarrassment and shame felt by Mr. Unachukwu over the instant offense.  He has gone from a leader of his community to a convicted "sex offender" who is no longer even welcome in this country.  It is safe to say that Mr. Unachukwu has learned his lesson from the offense in this case.

**4.    The Sentencing Guidelines.**

With respect to the Sentencing Guidelines, the final Guidelines range in this case is 46-57 months.  As noted, the government has agreed to a <u>Smith</u> departure of up to six months, based on Mr. Unachukwu's status as a deportable alien.

## <u>CONCLUSION</u>

WHEREFORE, the aforementioned background information concerning Mr. Chiedozie Unachukwu is submitted for this Court's consideration in determining Mr. Unachukwu's sentence under 18 U.S.C. § 3553(a).

Respectfully submitted,
A.J. Kramer
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
<u>Counsel for Chiedozie Unachukwu</u>
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500 ex

May 24, 2007

Jonathan Jeffress, Jr., Esq.
Assistant Federal Public Defender
District of Columbia
625 Indiana Avenue, NW, Suite 550
Washington, DC  20004

Re:   **U.S. v. Chiedozie Unachukwu**

Dear Mr. Jeffress:

Pursuant to your referral, I have completed my evaluation of Mr. Chiedozie Unachukwu, a 23-year-old African man.  Mr. Unachukwu has pled guilty in U.S. District Court for the District of Columbia with Travel with Intent to Engage in Illicit Sexual Conduct. He was evaluated in light of his upcoming sentencing.

I personally examined Mr. Unachukwu on April 3 and April 24, 2007.  The nature of the evaluation and the limits of confidentiality were explained to Mr. Unachukwu and his consent for participation was obtained.  Additionally, I spoke with the following individuals to obtain collateral information: Mr. Victor Mbakpuo (5/15/07), Mr. Unachukwu's friend, and his pastor, Mr. Timothy Okeke (5/18/07).

In addition, I reviewed the following documents which you forwarded to me: Criminal Complaint against Chiedozie Unachukwu (11/17/06); Copies of Instant Messaging Chats (05/03/06; 05/05/06; 11/16/06); Charges against Chiedozie Unachukwu (12/14/06); Full and Complete Plea Offer to Chiedozie Unachukwu from the Criminal Division of the Office of the United States Attorney for the District of Columbia (12/19/06); Full and Complete Plea Offer to Chiedozie Unachukwu from the Government (1/3/07); Presentence Investigation Report; Letters of Reference for Chiedozie Unachukwu to the Honorable Gladys Kessler from Nnamdi Unachukwu, Timothy Okeke, Leonard Enendu, Onyedika Okeke and Edwin Elodimuor; Resume of Chiedozie Unachukwu; and Transcripts for Chiedozie Unachukwu from the University of Maryland at Baltimore County.

Please note that my experience evaluating and treating sex offenders dates back to 1990.  During these years, I have conducted numerous evaluations of alleged and adjudicated sex offenders.  I have also provided treatment to sex offenders in both inpatient and outpatient settings.

**RELEVANT HISTORY:** Mr. Unachukwu was born and raised in Nigeria in an intact family with six siblings.  Until the age of 11 Mr. Unachukwu lived with his family with whom he has always enjoyed close relationships.  His family is deeply religious and provided him with a strong grounding in faith and morality.  There is no history of trauma or abuse.

From 11 to 19 years of age, Mr. Unachukwu attended a Pentecostal Christian boarding school which is affiliated with his church. In his third year, Mr. Unachukwu was chosen for the position of Prefect which carries authority to discipline other students and enforce the school's codes of morality and discipline. In his fourth year, Mr. Unachukwu became a Chapel Prefect which is the student government position which is in charge of morality and discipline. In his fifth and sixth years at the school, Mr. Unachukwu held the position of Senior Prefect. In this role, he was responsible for reconciling differences between students and managing a team of approximately 14 student leaders. To be chosen Senior Prefect, one must exhibit the best character, strong grades, independence, creativity, good judgment and be a responsible and sociable person. The school scrutinizes the student's background before filling such a position. Not only was Mr. Unachukwu awarded this position, but he was kept on for a second year. Further, he received accolades indicating that he had carried out his duties in an outstanding fashion. The Presentence Investigation Report indicates that Mr. Unachukwu provided documentation that his conduct at school was judged to be "outstanding."

After completing high school, Mr. Unachukwu worked for a year for his brother's information technology business in Nigeria. He then emigrated to the United States in 2002 to further his education. Mr. Unachukwu completed two years at Western Michigan University in Kalamazoo before transferring to the University of Maryland at Baltimore County (UMBC). He completed a BS degree in information technology at UMBC and is currently working toward a Masters in the same field at the same university. Mr. Unachukwu has always excelled in school. In addition to his full-time studies, Mr. Unachukwu has worked as a tutor, a research assistant and a dormitory staff member. In 2006 he and two friends started a business writing software and creating a Christian blog.

Mr. Unachukwu was raised in a Pentecostal Christian home where the use of tobacco, alcohol and drugs is strictly forbidden. Accordingly, Mr. Unachukwu has never used any of these substances.

In accordance with his religious faith as well as his cultural upbringing, Mr. Unachukwu follows very clear and strict guidelines regarding sexual behavior. Namely, sex should occur only within marriage. Sex outside of marriage is considered to be a sin as is masturbation, homosexuality and the use of pornography for sexual stimulation. Throughout his upbringing, Mr. Unachukwu was discouraged from spending time one-on-one with girls and from dating because his parents were concerned that this could lead to sex. As such, Mr. Unachukwu has never dated and has extremely limited sexual experience. Since living in the United States he has kissed one girl and has had sex on one occasion with another girl. He described his lone sexual experience as "a mistake." Mr. Unachukwu acknowledges that he is sexually curious and has sexual desire, but does not allow himself to act on that desire. Indeed, he felt guilty for a long time after having sex because he considered it to be a sin. Mr. Unachukwu has no experience with masturbation or use of pornography which are not a part of his culture.

Mr. Unachukwu spends a great deal of time on the computer and on the Internet particularly as he is studying information technology. Additionally, he keeps

Re: U.S. v. Chiedozie Unachukwu                                              3
May 24, 2007

himself very busy with school and other commitments in part to avoid temptations, such as sex.   When he does have free time or when he feels very stressed, he sometimes visits chat rooms on the Internet. He primarily visits a Christian chat room but also visits the Yahoo Maryland romance chat room.

On November 16, 2006 Mr. Unachukwu found himself with some free time after encountering frustrations at work which required him to wait for his manager to become available to consult with him.   While he was waiting he visited the Christian chat room and then the Maryland chat room. In the latter setting, he first read some chats and then pursued his own chat with a person using the screen name of "lilmandygrl_dc." Mr. Unachukwu indicated that he chose to chat with this individual based on the fact that the screen name suggested to him that it was a female and that she was young.   To him, "little" meant young as opposed to old but did not carry the connotation of an under aged girl. Mr. Unachukwu undertook a very sexually explicit chat with "lilmandygrl_dc." He reports that he cut and pasted some of the questions and statements from other chats but also acknowledges that his sexual curiosity as well as the anonymity of the Internet contributed to the explicit nature of the chat.

The individual using the screen name of "lilmandygrl_dc" indicated to Mr. Unachukwu that she will "be 14" years old.   The defendant reports that he put little stock in that comment given that individuals using the chat room have to certify that they are at least 18 in order to enter the chat room and that people often provide false or misleading information on the Internet.   Further, he reported that he was not seeking contact with an under age girl per se.   There is nothing in Mr. Unachukwu's history to indicate that he has a preference for young girls. He reports interest in females of his own age but normally does not allow himself to pursue his sexual interest.

During this chat, the two discussed meeting later that evening.   Mr. Unachukwu briefly re-contacted "lilmandygrl_dc" later that evening to again discuss meeting.   The defendant reports that he was of two minds about whether to meet this individual.   He was not accustomed to meeting people from a chat room but because this individual was located close to his house he decided to pursue the meeting. Mr. Unachukwu was arrested later that evening when he arrived at the designated meeting place. Mr. Unachukwu had previously chatted online with an individual who reported being 14 years old, but had not planned a meeting.

**CURRENT CLINICAL PRESENTATION:**  Mr. Unachukwu was fully cooperative with the evaluation.   He was clearly embarrassed and ashamed about the nature of his criminal charges.   Nevertheless, he was quite forthcoming on interview.   He presented as neatly dressed and groomed.   Mr. Unachukwu appeared his stated age. He evidenced no unusual motor movements.   His thought process was logical and goal-directed.   His thought content was free from delusional material.   He demonstrated good range of affect.   Neurovegetative symptoms were absent.

Mr. Unachukwu was fully oriented to person, place and time.   He denied auditory and visual hallucinations.   Because Mr. Unachukwu is a strong Christian, he believes that he hears a voice from God intermittently which guides him. This is not a true hallucination, but rather, it appears to be an aspect of his conscience or his religious beliefs. There is no history of thought insertion or

withdrawal, ideas of reference or inappropriate levels of paranoia. There is no history of obsessive compulsive features or other symptoms of anxiety.

Mr. Unachukwu reported feeling depressed but not hopeless since his arrest. He has no history of clinical depression, racing thoughts, loose associations or other affective dysfunction. His current mood is very low but he remains functional at school and in his personal life. Mr. Unachukwu has no history of suicidal or homicidal ideation or self-harm. He has no history of mental health treatment. Similarly, he has never been treated with psychiatric medications or hospitalized for psychiatric reasons.

Mr. Unachukwu reported no ongoing medical problems and no regular use of medications. He has never smoked or consumed alcohol or drugs.

**INFORMATION FROM COLLATERAL SOURCES:** The history provided by Mr. Unachukwu was corroborated by several friends and family members which lends credibility to his self-report. Mr. Okeke, his pastor, has known Mr. Unachukwu's family since before the defendant was born. He stressed that Mr. Unachukwu has alwayss been a role model, particularly with respect to his strong faith and his morals and character. Letters submitted on his behalf also underscore Mr. Unachukwu's close relationships with his family, his strong moral character and his strong Christian faith. The letters further indicated that his background, as shaped by his family, his church and his school, was one where discipline was foremost. His uncle described him as someone who "has always been seen as a shinning [sic] star - always doing the right things." As such, this offense came as an "immense surprise." Mr. Unachukwu's deep shame and embarrassment was also underscored. Since his arrest, Mr. Unachukwu has sought counseling "constantly" from his long time pastor.

**CONCLUSIONS:** The following is my opinion within a reasonable degree of psychological certainty.

Mr. Chiedozie Unachukwu is a 23 year-old Nigerian man who has been studying in the United States since 2002. He was raised in a strongly Christian family in Nigeria and attended a Christian boarding school for high school where he was recognized as a student leader with outstanding character, morals and behavior.

Mr. Unachukwu's beliefs about sex are consistent with his cultural and religious upbringing. In particular, sex outside of marriage is considered a sin as is masturbation or use of pornography for sexual gratification. Throughout his teenage and adult years Mr. Unachukwu has been discouraged from spending time one-on-one with females for fear that sexual feelings would develop. He very strongly holds the value that he must wait until marriage for sex. However, he has chosen to defer marriage until after he completes his graduate studies. As such, he is a 23-year-old young man with normal sexual desire who has no outlet for that desire given his cultural and religious expectations. This is compounded by the fact that he is caught between his traditional Nigerian culture where waiting for sex and marriage are strongly reinforced and the much freer culture of the United States regarding sex which he is immersed in on a daily basis.

Mr. Unachukwu strongly over-controls his sexual urges by keeping himself busy and

Re: U.S. v. Chiedozie Unachukwu                                                        5
May 18, 2007

by staying close to his faith. However, on a few occasions his remarkable level
of self control has been breached when his normal sexual curiosity has overridden
his behavioral controls. This occurred on one occasion previously when he had sex
with a friend which resulted in his feeling guilty for a protracted period. More
recently, Mr. Unachukwu's sexual desire led him to undertake sexually explicit
online conversations in chat rooms on a few occasions, leading to the instant
offense. His sexual desires are so over-controlled that when he does act on them
he is prone to act in a somewhat under-controlled fashion, missing the middle
ground. This is exemplified by the explicit nature of the chat which led to his
arrest on the instant offense.    The anonymity and impersonal nature of the
Internet also contributed to the graphic nature of the chat.

Mr. Unachukwu does not meet DSM-IV criteria for pedophilia.    The primary
criterion is as follows: "Over a period of at least six months, recurrent,
intense, sexually arousing fantasies, sexual urges or behaviors involving sexual
activities with a prepubescent child or children (generally age 13 years or
younger)." There is no indication that Mr. Unachukwu has had sexual fantasies,
sexual urges or behavior involving children. During the instant offense, Mr.
Unachukwu was seeking sexual contact but not with a minor per se. The fact that
he pursued a meeting with a young woman leading to the instant offense
demonstrates that he is naive and that his judgment was clouded in the moment by
his sexual urges but does not demonstrate a pattern of recurrent sexual behavior
with children. Additionally, Mr. Unachukwu does not have a sexual preference for
children as compared to adults as many pedophiles do. Also, pedophiles are
generally attracted to prepubescent children. Through some of his questioning Mr.
Unachukwu was attempting, albeit in a coarse fashion, to determine if the
individual he was chatting with was sexually mature as he was not interested in
someone who was not. Also, pedophiles who prefer females are generally attracted
to 8-10 year olds which Mr. Unachukwu is not.

Mr. Unachukwu has experienced tremendous shame and public humiliation in the wake
of his arrest for this type of offense given the strongly held religious and
cultural expectations within his family and culture along with his history as a
model of moral behavior.  This will go a long way toward deterring further sexual
exploration of this type from this defendant. From a risk assessment standpoint,
Mr. Unachukwu is at low risk of re-offending.  Of the variables known to be
associated with sexual offending, the only ones present in Mr. Unachukwu's case
are his age and the fact that he is single.  He has no prior history of sexual
offending or of violence.

Respectfully submitted,


Carole T. Giunta, Ph.D.

# EXHIBIT 2



17, Olabode Close,
Ilupeju,
Lagos, Nigeria.

12th March 2007.

**Honorable Gladys Kessler,**
United State District Judge,
333 Constitution Avenue N.W
Washington D.C 20001.

Your Honour,

## LETTER OF APPEAL ON BEHALF OF FRED CHIEDOZIE UNACHUKWU AWAITING SENTENCING ON 25TH APRIL, 2007.

We wish to express our profound gratitude for the manner you have been handling the case before you in respect of Chiedozie Unachukwu.

We are Pastor & Mrs. Felix Unachukwu, Chiedozie's parents. Domiciled in Lagos, Nigeria. Chiedozie is the 6th of our 7children.

We acknowledge the fact that Chiedozie Fred is guilty of the offence for which he is charge before you. Chiedozie Unachukwu has always been a God-fearing young man not prone to certain youthful misconduct. He was trained to fear God and constituted authority. He has been a source of pride to his parent and to friend and relations.

All through Fred's High School days in Nigeria, till he left for the U.S, he has been a treasure to all those that know him. He was a student at Logos International Secondary School, Awo-mmama, Imo State. While there, he served as a class prefect in 1997-1998; in 1998-1999, he was the chapel prefect and then the senior prefect in 1999-2000. He then went on to University of Maryland to study Information Technology, where he graduated as a distinguished student.

Chiedozie is a very Obedient; humble and industrious young boy. His creativity has always stood him out in the crowd. Maintains good relationship with friends and family and delights in activities that affect people around him positively. He enjoyed impacting knowledge into others

around him and this led him to organizing little study groups for young people like himself to teach them subjects as mathematics.

Fred is a very hardworking and industrious young man who has dreams and wants to make these best out of his life. This has led him to doing different jobs since his undergraduate years and even working for about 20hrs in a week while carrying his full semester course load. He is very much involved in church activities because he has learnt from childhood to follow the way of God. He is a very straightforward person, likes acquiring knowledge and has never been known to be an idle person. Instead of being idle at his free hours, he would rather use such time for acquiring more knowledge.

Fred is a very determined young man who we know will succeed looking at his plans for his future. He is a lover of academics and has always talked about getting to the highest level of education. We know he will not involve himself in this sort of misconduct again. He has never been prone to criminal activities and youthful exuberance since childhood. Of course we know he has learnt his lessons, to be more dedicated and use his free time very carefully.

We sincerely appeal to Your Honor to tamper justice with mercy. Having pleaded guilty to the offence in sincerity, we pray Your Honor to look at such fact as Fred being a young man with a future and dreams ahead, and have mercy. He will be seating for his master degree examination by May-June, 2007 and has higher dreams to go further.

Thanks,


**Pastor Felix Unachukwu**              **Mrs. Celina Unachukwu**

     **(father)**                                    **(mother)**

St. Michael's Catholic Church
P.O Box 20, Umudim Nnewi
Anambra State-Nigeria.

7th March 2007.

**Honorable Gladys Kessler,**
United State District Judge,
333 Constitution Avenue N.W,
Washington D.C 20001.

Your Honour,

## APPEAL FOR LENIENCY

I am Madam Mary Uinachukwu, the great grand mother of Chiedozie Fred Unachukwu. Your Honour, Kindly save this young boy from being ruined in the prison. I am 84years of age now. I wish you will help me to see Chiedozie again before my demise. Chiedozie has been a very good and obedient child right from his childhood. He has been helpful to me in particular and those who come his way. I know him as very industrious boy, who wants to succeed in whatever he does. I don't know what he did actually, but I can assure you that it was not deliberate. This assurance is based on the fact that Chiedozie is a boy that avoids being associated with any form of evil. Only God knows why such a thing will come upon him at the end of his academic pursuit in the U.S.A. He has got his first degree and is now pursing his masters degree.

Your Honor, kindly have mercy on Chiedozie. May God bless you abundantly.

Thanks,

*for Mary / Unachukwu*

**Madam Mary Unachukwu**

17, Olabode Close,

Ilupeju estate,

Lagos, Nigeria

24th February 2007

Honourable Gladys Kessler,

United States District Judge,

333 Constitution Avenue, N.W.,

Washington, D.C. 2001.

Your Honour,

### APPEAL FOR MITIGATION OF SENTENCE ON BEHALF OF

### CHIEDOZIE FREDERICK UNACHUKWU.

I wish to appeal to your Honour for mitigation of sentence on behalf of Chiedozie Frederick Unachukwu, awaiting sentence on 25th April, 2007.

My name is Ogochukwu Unachukwu, a 400-level student of Faculty of Law, University of Nigeria, Enugu Campus. I am Frederick's younger sister.

Fred is the sixth of seven in the family. He completed his Secondary School at Logos International Secondary School (LOG. I.S.S), Imo State, Nigeria. While there, he served as a class prefect (1997/1998), Chapel prefect (1998/1999) and Senior prefect (1999/2000). He obtained a Bachelor of Science Degree in Information Systems in December 2006. He is also expected to receive a Master of Science Degree in Information Systems, in December 2007.

Mr. Frederick Unachukwu is a very quiet and organized young man. He maintains good relationship with family members and others around him. He is a hardworking, determined and sincere young man that knows what he wants in life, and delights in assisting people that come his way. His determination in making good out of his life and affecting g people has led him into doing different jobs which includes working as a Research Assistant, Department of Information system UNRC; a Math Tutorial staff, Learning Resources Center, UMBC; and a host of other jobs

he has held. This determination led to his working for 20hrs a week while carrying out a full academic schedule. He delights in seeking out for more information at his free time. He is also quite involved in church activities which led to his serving as a chapel prefect while in secondary school.

Frederick has great plans for his future. He has always talked about getting to the highest level of education that is becoming a professor and most likely going into lecturing. He is very determined and looking at the steps he has taken, and is taking, towards achieving these dreams, I believe he will attain them. Once there is a driving force, a person can attain any level. His love for impacting knowledge and teaching others is his driving force.

Looking his circumstances and the fact that he is not a person with criminal propensities, I believe Fred will not commit this sort of offence again or any other offence as a matter of fact. He has learnt to be more careful especially when using his free time.

In passing the sentence, I appeal that your Honour takes into consideration the fact that Frederick is a young man, with a future and dreams he has always looked forward to living out.

I sincerely pray your Honour, in keeping with the law, to exercise the discretion to have mercy.

Yours truly,

Unachukwu Ogochukwu.

13 Bertrand Way,
Thamesmead North,
London SE28 8LL,
United Kingdom.
6th March 2007

Honourable Gladys Kesslers,
United States District Judge,
333 Constitution Avenue,
N.W Washington D.C 20001.

Dear Judge Kessler,

### Appeal for mercy on behalf of my brother 'Mr.Chiedozie Fred Unachukwu'

I write on behalf of my brother Mr.Chiedozie Fred Unachukwu regarding the awaiting sentencing on the 25th of April. My name is Lucy Ikejiaku.

I am a psychologist by profession. Chiedozie is my immediate younger brother. We are seven in number in my family and Edo as we call him is the fifth born and the second son. My parents raised us up in the fear and admonition of God.

Chiedozie has been a well behaved and a brilliant boy right from his primary school which made him to gain admission in one of the best secondary schools in Nigeria. He served as a class prefect, later he was made the chapel prefect and the senior prefect. He was given all these posts because of his good character. After his secondary school in Nigeria he gained admission there in the United States to study Computer Science which am aware that he has completed and that very well. Right now he is pursuing his masters. This boy has a great vision for himself and for his community.

Having looked at his background and his past history your Honour he does not strike me as someone who would nurse criminal intentions and actually carry them out. Even though he has been found guilty on this occasion, I am certain that he would never make such mistakes ever again. From my conversations with him over the phone, he sounds very remorseful about the whole thing.

I therefore on behalf of my little baby 'Kosi' and our mother who has been sick for a sometime now and seriously wishing for him to complete his studies in the States and come home to Nigeria to see her, I ask my lord, the Judge to please show mercy.

Yours Sincerely,

Ikejiaku, Lucy
United Kingdom

House 5, H-Close,
Festac Town,
Lagos, Nigeria.

13th March 2007.

**Honorable Gladys Kessler,**
United State District Judge,
333 Constitution Avenue N.W
Washington D.C 20001.

Your Honor,

**LETTER OF APPEAL ON BEHALF OF CHIEDOZIE FRED
UNACHUKWU**

I wish to appeal to Your Honor on behalf of Chiedozie Unachukwu, awaiting
sentence before your court on the 25th of April, 2007.

Am Mrs. Uju Orize, an accountant, I live in Lagos, Nigeria. I am Fred's big sister.
He is the 6th of our family of 7 children.

Chiedozie has always been a very promising young man in every sphere.
Academically, socially, spiritually, he has always proved himself to be a
trustworthy and reliable young man. Right from High School at Logos
International Secondary School up till his undergraduate years at University of
Maryland, Baltimore County, he has always stood out and proved himself worthy.
He is a very creative young man that loves to affect lives of people that come his
way. He has proves his reliability while he served different posts in High School
as class prefect (1997-1998), Chapel prefect (1998-1999) and then as Senior
prefect in (1999-2000).

Even upon graduation from University of Maryland, Baltimore country, he has
held out himself distinguished with a very good performance.

Fred is a kind-hearted and quiet person. Maintains very good relationship with
family members and friends alike . He is one person that has always been an
emotional support to the family and people that meet him. He delights in helping
people especially when it comes to academics. This has led him to working as an
assistant maths tutor in an academic research centre.

He has done different jobs right from undergraduate days and up till date.

A very hardworking and determined young man that has dreams to make the best out of his life. He is quite creative and this creativity leads him into trying out new things at his free time. Also quite involve in Church activities and very much dedicated.

Fred has great plans for the future. He is thinking of going into teaching, which I think is great; and only people with the passion for the academic welfare of others can go into. Fred falls into that class of education lovers and with his determination and courage, I know he will make it.

I believe Fred will not commit this sort of offence again. He has never been an idle young man and with the struggle to achieve his dreams and goals keeping him busy, he will not find himself in this sort of situation again.

I sincerely pray Your Honor to have mercy and help this young man live up to his dreams in the United States.

Yours faithfully,

**Mrs. Uju Orizu**

FROM :    FAX NO. :096705639    Oct. 18 2004 10:49AM P1

19th March, 2007

Dear Judge Kessler
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001
USA

### A LETTER OF PLEA

On behalf of my younger brother Mr. Fred Chiedozie Unachukwu. Fred, was born into the family of Mr. and Mrs. Felix Unachukwu from Nigeria with seven (7) children in which Fred is the sixth person and second son in our family. He was born 1983 and did his primary and secondary education in Nigeria before he gained admission into one of the universities in USA. During his secondary school days in Nigeria, he served as a class prefect, chapel perfect and as well as the head boy in a well known school in Nigeria. He is a likable person. At a tender age, he could construct cars with sticks and gave them names and since then we call him Engineer Edo. Come to church activities, Fred is a motivator. They gave him name in his school as "Pastor Edo".

I, the elder sister and members of our family are pleading for mercy, please ma, temper justices with mercy.

I'm assuring you that Chiedozie Fred Unachukwu will not try anything of such again all through his stay in America.

Thanks for your usual understanding.

Sincerely,

**Mrs. Onyekwelu Chioma (Nee Unachukwu)**
**Nigeria**

March 12, 2007

Honorable Gladys Kessler,
United State District Judge,
333 Constitution Avenue,
N.W Washington D.C 20001.

Dear Judge Kessler,

## REF: Mr. Chiedozie (Fred) Unachukwu.

I am Engr. Nnamdi Unachukwu, Chiedozie's elder brother. I'm married and own a telecom firm and Oil and Gas firm all registered in Nigeria with over one hundred employees. I count it a privilege to write to you on behalf my brother, Cheidozie.

Chiedozie is a young man that submits consistently works of very high standard. He gets to the root of whatever he does. His behavior earned him my parents love/trust and it was on this premise that my parents sponsored him to study in USA at the expense of the rest six pleasures of life. He was fondly called a pastor when he was still growing up due to his passion to pray and help others. His good relationship with his mates earned him the position of a school senior prefect. A school senior prefect is regarded in this part of the world as the link between the teachers and students.

As a young boy, he was allowed by my pastor here in Lagos, Nigeria to preach to adult church at various times while he was in Nigeria. My parent's philosophy is to train up a child to have fear of God and he will not depart from it when he grows up. I strongly believe that Chiedozie owned up his actions because of this training from my parents. My family is very sorry that such could come from a young man we love and trust.

Chiedozie is a young man that is very close to his family. He takes care of all members of our family that travels to USA from arrival to departure despite his tight schedule. He calls my family on phone almost everyday. He paid his flight ticket back in 2005 to attend one the daughters of the family's marriage.

He works so hard and turns in result at a minimal supervision. His eating habit changed a long time ago because he works very hard everyday. He shares his future plans with me as his elder brother. Once he told me that he wants to be a lecturer due to his passion to impact others around him. He recently started a company with his friends and I invested a lot into it because I know they will not fail. He doesn't keep too much friends because he hates someone wasting his time.

Talking about his character, Chiedozie has not been involved in anything violence since he was born. My parents have never had any reason to spank him due to his nature of person. For having a good character, he has no choice because our family is known for it and that's why we are successful in our various works of life. I am sure he wants to be

like me and that's why he works very hard. My elder sister Uju is a successful accountant with four kids. My younger sisters,

*Chioma is an industrial chemist who set up a big company, and married with one kid,
*Nwanneka is an Executive director in my company and has one kid.
*Chinenye Lucy has one kid and stays in London where she pursues her maters.
*Ogochukwu is the last in the family, and she is a law student in University of Nigeria.

I am extremely positive that Chiedozie will not think of committing this type of offence again because he is ashamed of himself now. He feels he has disappointed his family and God. Since after this incident, he has been getting more involved in his Christian faith.

Being the last boy in my family, our culture made it that he will inherit everything my mother owes in life. Consequently, Chiedozie is very close to my mother. For last eight years, she has been going through some terrifying health challenges. She had stroke and it's been hard to manage. We have refused to tell her the implications of this offence because it might result to her early death.

Please my lord, use your good office to help us. Please help this man and he will leave to prove you right the rest of his life. Thanks for making out time to read from me.


Yours truly,

Engr. Nnamdi Unachukwu
Address: 7 Saka Tinubu Street,
         Victoria Island,
         Lagos, Nigeria.
Tel:     234-1-7601486.

Leonard O, Enendu
7422 Leahy Road
New Carrollton, MD 20784
Phone: (301) 552-3611

Honorable Gladys Kessler
United States District Judge
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

### Ref.: Mr. Chiedozie "Fred" Unachukwu

Mr. Chiedozie "Fred" Unachukwu is my nephew. He was born in Nigeria in 1983, to a very Christian family. His father is a business man, trading in shoes. His mother worked in his fathers business before she suffered a stroke about eight years ago. He is the second son of his father and has five sisters.

Chiedozie came to the U.S in 2002 on students' visa, following his admission to the University of Western Michigan, Kalamazoo, Michigan. He enrolled in the university in the fall of 2002. In December of 2004 he visited my family in Maryland during his Christmas break and spent Christmas with us. We are the closest family he has in the United States. He spent all his summer holidays with my family and later transferred to the University of Maryland, Baltimore Campus. Following his transfer to Maryland, he lived with my family for one year until he secured on-campus accommodation.

Since he started his college work in the United States, he has maintained a very high academic standard, with a Grade Point Average (GPA) of 4.0 on a 4-point grading scale. This is in spite of the fact that most of the semesters he carried a school load of up to 20 credit hours and a part time job on campus that required over 20 hours per week. In December of 2006, he graduated with Cum Laud, among other academic honors he earned at the university. Chiedozie Unachukwu is not only a good student but also a very good person. I know him very well. He spent most of his time in school and in church activities.

Your Honor, I know about the crime to which Chiedozie "Fred" Unachukwu pleaded guilty, but I plead for your kindness and leniency in your judgment. He has made a serious mistake, which he deeply regrets.

Mr. Chiedozie "Fred" Unachukwu is currently enrolled in graduate studies at the University of Maryland, Baltimore Campus. Giving him a harsh punishment will destroy him and cause heart failure to his aging parents. In a recent discussion with his father, he told me that he is no longer doing well in business. He is so devastated that he does not see any future for him if Chiedozie goes to jail. His wife, Chiedozie's mother, has been in and out of the hospital, following the stroke she had and it is apparent that Chiedozie's situation has made matters worse for her health.

Chiedozie's father has strongly requested me to ask for your honors kindness and mercy. Despite the amount of money he has spent on Chiedozie's education since 2002, he prefers to withdraw Chiedozie from the United States instead of him spending time in jail.   My heart is heavily laden and I know from talking with my brother that he is devastated.

Your honor, I wish you heard this old man crying over the phone like a baby for his son's mistake. No one who knows Mr. Chiedozie Unachukwu can believe he could commit the offense he pleaded guilty to. He has always been seen as a shinning star – always doing the right things.

Mr. Chiedozie Unachukwu as I know him is not a bad person.   He is a dedicated and conscientious worker. He is an ardent Christian who has been involved in church activities from childhood. He is a very good person with very high moral values. He has never committed any crime.  He has done several voluntary community services including:
1. Volunteering at Portage Community Outreach Center, Michigan, to upgrade the computers [laptops] and also tutored high school students in Math between March 2004 and May 2004.
2. He currently tutors a 4th grade student who is having problems in Math, English and reading
3. At his local church, Voice of the Last Days Ministry, he volunteers to work in the IT department every Sunday by setting up and dismounting the church's computer projector system. Also, every Sunday, he transports a family that needs transportation to church.
4. He assists a family to transport their middle school student to school at least three times a week.

These are why the commission of this offense comes with immense surprise to all who know him.   His devotion to any task assigned to him is exemplified by the transcript of his school work which sets him apart and distinguishes him as a predictable and reliable individual by those who know him or have interacted with him as well as I have.

I am convinced that Mr. Chiedozie "Fred" Unachukwu has learned his lessons the hard way and I have no doubt in m mind that he will not commit the crime again.   He has been spending most of his free time praying and receiving counseling from his pastor. I know this because I talk to him on a regular basis and he visits my family regularly also. He is full of remorse.   His immediate plan is to complete his master's degree by summer 2007, and proceed to a doctorate program.

Your Honor, please temper justice with mercy. Mr. Chiedozie "Fred" Unachukwu has never committed any crime before and asserts that as long as he lives he will try his utmost best to never commit any crime again. I pray for your kind consideration.

Yours Sincerely

3/26/2007

Leonard Enendu

# EXHIBIT 3

April 2, 2007


Honorable Gladys Kessler
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kessler,

### REF: Chiedozie "Fred" Unachukwu

I am a correctional officer at the DC Correction Department and a parent of four children.
It is with deep conviction that I write this letter to you on behalf of Chiedozie
Unachukwu regarding the matter before you, which he was charged and that he pleaded
guilty to without contest.

I have known Mr. Unachukwu for approximately five years. Ever since I knew him, he
has always proven himself to be a young man of Godly character, focused, disciplined
and known for quietness of the spirit. While in high school, he was the senior prefect; and
he graduated with the best result, which gave him an advantage above his classmates, to
immediately secure an admission to come to United States to pursue his dream.

Mr. Unachukwu and I attend same church, Voice of the Last Days Ministry, which is also
called Watchman Catholic Charismatic Renewal Movement located in Maryland.
Through this ministry, I have known him to be a dedicated young man who takes his faith
very seriously. Though he is pursuing his academic goals diligently, he has never seized
to give great attention to the things of our God. His dedication at Church has put him in
the position of a role model to the youths of my Church as he volunteers as much as he
can to serve the church and help his follow human beings.

I was awfully shocked to hear the charge against Mr. Unachukwu. It was absolutely out
of character. It is believable that this was as a result of curiosity facing young men in our
society today. After a deep thought and questioning myself what really could have lead to
this poor choice, a small still voice whispered to me "Who is above temptations?" Even
my Lord and Savior, Jesus Christ was tempted, though He overcame the temptation.

As a correctional officer working with the DC Correction Department and a Christian, I
can say that Mr. Unachukwu's current character (since after this incidence) portrays a

young man who feels very remorseful and sober about this poor action. Looking at him, I
see a person who has learned from his mistakes; who has come back to his senses, and
has remembered who he was. I wish to plead that Mr. Unachukwu be given a second
chance since he has been living a good life and works hard to make the best out of life.

Thank you for providing me with this opportunity to write you. I strongly believe that
imprisonment will devastate the future of this young man. Please temper justice with
mercy.

Yours truly,

Uche Ibeawuchi
6112 Breeze wood Dr. Apt. 202
Greenbelt, Maryland.
Tel: 301-513-0489

# Voice Of The Last Days Ministry

Warning & Rescuing The Perishing · Restoring & Unifying The Church · Heralding The Rapture & His Second Advent.
6603 Adrian Street, P.O. Box 3039, New Carrollton, MD 20784
Phone: 301-474-1944  Fax: 301-864 - 5665
www.wccrmvoice.org   email: wccrmus@wccrmvoice.org

Honorable Gladys Kessler
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20004

March 19, 2007

Your Honor,

### Ref: Mr. Chiedozie "Fred" Unachukwu

I am Pastor Timothy Okeke of the Voice of the Last Days Ministry in the United States of America. I write to say that I have known Mr. Chiedozie "Fred" Unachukwu from childhood. I lived with the parents in the city called Onitsha in Nigeria for many years. The parents are very good Christians and brought up their children in the fear of God. Chiedozie being the second boy and the last son of the family of six was well cared for because the parents were able to provide for him. He was provided for and he lacked nothing that was profitable to his growth, education or maintenance. I pastored the parents whose Christian character were a challenge to others in the city, the community and the society in general.

In 1994, my church in Nigeria established a Christian school for Middle and High school education whose motto was "academic excellence and Christ-like citizenship"- the words that guided and guarded every student that was admitted into the school including Mr. Chiedozie "Fred" Unachukwu". I was the first Vice Chairman of the Board of Governors of the school where discipline was foremost in the administration and organization of the school. Mr. Chiedozie "Fred" Unachukwu was admitted to this school in 1995 for a 6-year program and he graduated in the year 2001. He was the chapel prefect of the school with a population of 1960 students from 1998 -1999. This type of post was usually occupied by students of Godly character who are specially disciplined and known for quietness of the spirit. This character was not lacking in the life of Mr. Chiedozie "Fred" Unachukwu which gave him an edge over others. To add to his feathers, he became the Senior Prefect from 1999 to 2000 where he set records yet to be equaled in the school.

He fulfilled the motto of the school on graduation as he matched his educational competence with Godly character, which earned him admission at Western Michigan University where he did not loose grip of the fear of God. Not only did he excel in educational pursuit but also carried his quiet life and love of God along with him, hence he became the Sunday school teacher with the Redeemed Christian Church of God from 2002 to 2004 at the same university. Being not satisfied with his spiritual level and pursuit in the University of Michigan, he desired to stay with the church and teachings that guided him in growth; he transferred to the University of Maryland Baltimore campus for a rare course in Computer Systems where he became the Desk Manager for a hall and later a Research Assistant. This transfer afforded him the opportunity to join his mother church from where he trained as a boy and there, he became the youth fellowship coordinator. His education was not hindered in any way by these extra curricular engagements through to his graduation. To prove that the commitment to God does not debar his educational pursuit, he maintained a sweeping GPA of 3.73 and graduated with honors *[cum laude]* in his field.

This tragedy that befell Mr. Chiedozie "Fred" Unachukwu was a devastation equaled to physical death to his family and friends who had been living, working, or relating with him. As his pastor, I consider the incidence as sights that dazzle the eyes. Of a truth, circumstances beyond his control seriously and adversely affected him as to veer off his spiritual focus. On coming to his senses, he remembered whom he was, his parents, his family, his schools and above all his church from where he was groomed from childhood, he became sober and returned to God crying for mercy and forgiveness. He immediately retraced his steps and promised his God and members of his family and the community in general that such a thing would not be heard or mentioned with his name again if the hands of the law would exercise mercy to him as a first offender. A close study and monitoring of his life since the incident would reveal a young man who has learnt the hard way and whose past haunts the present.

In fact since then he has been very sober, hence he returned fully to the work of the Lord, guiding the youths, leading the youth prayer team and engaging in educating those that are behind in some subjects and especially warning them to be vigilant and thoughtful as not to try the hard way he has passed. He would always be teaching with tears and lamentation that he made the greatest mistake of his life. He is daily using this sad experience to edify the youth and even the church moral enrichment programs. What he has passed through teaches him that *"once beaten twice shy"* and

that *"he should carry his body in holiness and righteousness" (Romans 6:19)*. Generally, his parents and his church are joined in the series of prayers believing that God will touch the hearts of the protectors of the law to give him a second chance to prove to Satan that although he fell once but he is up again (Proverbs 24:16).

Finally as his pastor, I am sure from the repentance and godly sorrow (II Corinthians 7:10) that has been observed from his behavior, comportment, and attitude since this incident that he will neither think of nor allow his mind to consider wandering away from right-living (Proverbs 21:16). Being a quiet person since I knew him as a little boy, I now see a more determined and more dedicated "man" longing to stay focused on God, holiness and righteousness, law abiding and endeavoring to maintain a good citizenship. I will conclusively say with all certainty that he has completely turned a new leaf, and is strongly prepared to achieve his vision and dream not only as a good and godly person but also as one that will be a corrective mirror to others especially to the youths (I Timothy 4:12). He will never abuse himself, his privilege, his tree, the trust reposed in him or his ambition.

I vouch for his newness of life and plead for him in these sorrowful words *"to err is human but to forgive is Divine"*

Thank you,

Timothy Okeke
Voice of the Last Days Ministry

6603 Adrian Street,
New Carrollton, Md. 20784
April 1st, 2007.

Honorable Gladys Kessler
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kessler:

<u>Reference: Chiedozie Fred Unachukwu</u>

Friends can be easy to come by, but a good and trustworthy friend does not come by easily.
When one eventually finds a trustworthy, hardworking and reliable friend, one must strive to
maintain the bonds of friendship through good and bad times. I am writing to you, dear Judge on
behalf of one whom I can genuinely address as a dearly beloved friend; a person whose
acquaintance has helped to bless my life in more ways than one.

First, let me start by explaining how I know Fred Unachukwu. I fellowship regularly at the
Watchman Catholic Charismatic Renewal Movement located in New Carrollton, Maryland. This
church has branches throughout the world especially in Nigeria where Fred and I originally
hailed from. So, back in Nigeria, I knew him through the ministry as one of the devout, dedicated
young men actively involved in the youth ministry. It is not surprising therefore that when he
came over to Maryland from Michigan (I had been in Maryland all along), we earnestly relived
past memories even as he immediately got involved in the ministry. I am proud to say that our
warm friendship based on shared values, goals, outlook in life and cultural upbringing has
endured even through the vagaries of responsibility-laden life in the USA.

Fred Unachukwu comes from a responsible devout Christian home. His parents are both active in
the church back in Nigeria; his brother is a profile in hard work and excellence and his sisters are
paragons of responsibility and virtue. Therefore Fred was fortified even at a young age with
strong leadership qualities. In high school back in Nigeria, he was the Senior Prefect of the
school and has continued to show a strong personal dedication to excellence. He effortlessly
combines this strong work ethic and personal distinction with a cheerful and humble disposition.
To interact with him is to cherish his sunny disposition and positive spirit.

Now, I am not fully familiar with his offense but I can assure you that as a responsible young
man with a bright and promising future, he understands the full weight of his carelessness and
therefore can be trusted to have learnt something from this experience. I am sure that he is duly
repentant because coming from a background with a strong emphasis on propriety and
achievement, anything less than stellar would challenge his personal sense of integrity and spur
him to make the right amends.

Why should you believe this dear Judge Kessler? Well, consider his scholastic/academic resume
below:

Education:
>    University of Maryland, Baltimore County (UMBC)
>        Expected Master of Science degree in Information Systems, Summer 2007
>        GPA: 4.00 on a 4.00 scale
>        Coursework: System Analysis and Design, Decision Support Systems, and Advanced
Database Design.
>        University of Maryland, Baltimore County (UMBC)
>        Bachelor of Science degree in Information Systems (Cum Laude), December 2006
>        GPA: 3.73 on a 4.00 scale          Dean's List: 2004, 2006
>        Awards: IT scholar 2005, 2006          Honors: Academic honors 2004, 2005, 2006
>        Worked 20 hours per week while carrying a full academic schedule
>        Coursework: System Design Method, Management Information Systems, Human Factors
>        in System Design, Technical Writing/Communication, and Principles of Accounting and
>        Economics.

Special Projects:
➢ Designed and implemented a relational database of a Business institution in third
  normal form. Queried and built forms used to access the oracle database using
  PL/SQL statements
➢ Performed a systems analysis of the residential life inventory and payroll systems at
  University of Maryland Baltimore County
➢ Assisted professors in the department of Information Systems in e-Voting research
➢ Designed and managed the development of Biblogg.com

Work experiences:
Erickson Retirement Communities, Baltimore, Maryland
Business Analyst, June 2006 – December 2006
♦ Supported some business applications - DataStream 7i, Citrix CBORD, HRMS
  and Event Master
♦ Created and managed user accounts, and resolved work orders for the applications
♦ Deployed some computer and POS systems to recent established Erickson
  communities
Department of Information Systems, UMBC
Research Assistant/Intern, September 2005 – May 2006; January 29, 2007 - Present
♦ Assisted professors in the department of Information Systems in research projects
♦ Designed animations using Poser 6 software
Potomac Hall, UMBC
Desk Manager, August 2005 – May 2006
♦ Assisted the Community Director in the application, interviewing, and selection
  processes for desk staff
♦ Computed payroll for Desk Staff
♦ Developed a schedule that provides desk coverage and supervisory expectations
♦ Supervised and provided ongoing feedback to desk staff
♦ Supervised the maintenance and upkeep of the lobby and desk areas
Learning Resources Center, UMBC
Math Tutorial Staff, September 2004 - August 2005

- ◆ Assisted students with Math problems
- ◆ Modeled and taught appropriate learning and study techniques to students to encourage independent learning

Knowledge and Skills:

- ◆ Familiar with Microsoft Office Packages (Access, Excel, Power Point, Word, FrontPage, Publisher, Outlook)
- ◆ Creative, analytical, objective, disciplined, open-minded, efficient, reliable
- ◆ Poser 6, Macromedia flash, C++, JavaScript, Visual Basic, PL/SQL

As you can clearly see, Fred is a dedicated young man with a very promising future. It would be very unfortunate for this young man to be sent to jail when it is apparent that he can be of great value to his family, friends, and society at large. He has been extremely helpful to those who know him; and he has continued to be actively engaged in the church in particular and the society at large.

Yours Faithfully,

Chukwuma Okeke.

April 1, 2007

Honorable Gladys Kessler,
United State District Judge,
333 Constitution Avenue,
N.W Washington D.C 20001.

Dear Judge Kessler,

I would like to tell you some of the things I know about Mr. Chiedozie

Unachukwu. First of all, I met Chiedozie for the first time in a church private school,

Logos International Secondary School in Nigeria. He was my classmate who became the

leader of the class and eventually the whole school (Senior Prefect). This role is given to

the individual within the entire school that combines a great deal of maturity,

responsibility, spiritual uprightness, academic excellence and authoritative presence. I

remember him to be quiet and thoughtful, but his maturity amongst his peers was

outstanding, though I wasn't that impressed then. I almost did not like him then because

he was never punished and was beloved by the teachers. As years past and I knew him

better, I learnt about his family and that we were from the same place. I began to

understand the reason behind Chiedozie's mature personality, as his father is a well-

respected man in the society and his older brother, a successful young businessman.

Chiedozie has always been ahead of his peers and an inventive person, as

evidenced by the website, www.biblogg.com, an interactive website for people of

different religions, which he is one of the developers. He is a very hardworking person;

he is attending school, working, and paying bills, even though all of his family members

are in a different country. I was shocked when I heard about the offense because

Chiedozie is a person for as long as I know, has done the "right thing" and has served

others well. Even living in America, Chiedozie has made the effort to begin a scholarship foundation for underprivileged students in Nigeria.

A second chance, a phrase used often in regards to an offender. Most of the time, the individual pleading for a second chance has in fact usurped their second or third chance. However, a second chance this time around for Chiedozie Unachukwu would truly be his first second chance, which we all deserve in life. Finally, I believe that Chiedozie is contrite and has learned a valuable lesson because he has disappointed several people who look up to him. I believe he'll work harder on himself because he prides himself on being a role model for others.

Yours truly,

Chukwunonso Okeke.
6603 Adrian St.
Hyattsville, MD 20784

13 Bertrand Way,

Thamesmead North,

London SE28 8LL,

United Kingdom.

8th March, 2007

Honourable Gladys Kesslers,

United States District Judge,

333 Constitution Avenue,

N.W Washington D.C 20001.


Dear Judge Kessler,


## RE: Mr Chiedozie Fred Unachukwu


I write on behalf of the above mentioned man who is well known to me. I am aware that
he has pleaded guilty of the offence he committed, which for me was a demonstration of
the sincerity and truthfulness I have always known him for.

I have known "Edo" or "Pastor" as I fondly call him for over ten years now. I call him
"Pastor" not as a nickname but due to some fundamental moral characters which he not
only possesses but displays as well. I have been not only a close friend to him and his
whole family, but also a brother-in-law (am married to one of his sisters). Talking about
his family, they are well known for their dedication and commitment to their Christian
faith. That validates the fact that he was properly raised from a good home. Not only did
he come from a truly God-fearing home, he went through one of the best schools in
Nigeria in terms of high moral standards. I remember that I used to visit him in school
where he lived for about 6 years and during my visits I found out that his teachers and his
fellow students held him at a high esteem. As a matter of fact he was the Chapel prefect
and senior prefect at the time.

To the best of my knowledge he also held very high academic records in his reputable
secondary school and has maintained it through his undergraduate studies in the US.

Even though I have been in the UK and he's been in the US we have maintained very good communication over the past few years. So he has always told me a lot about his aspirations and dreams for the future. For example, once he finished his undergrad studies he told me that he hoped to study further, probably to PhD levels. Of course being a teacher here in the UK, having good value for education and above all being fully aware of his potentials to achieve it, I encouraged him very strongly. The evidence is that he has already started his masters and he's doing very well in it.

As a pastor of a church here in the UK, I have always regarded Edo is a very committed Christian who has through the years I have known him maintained a good spiritual, emotional and psychological stability.

Career-wise he had also told me about his plans to create and host a hugely promising website for Christians all over the world. Today the website is up and running. That to me is no small achievement to say the least. Going by the usefulness and daily progress of the website am sure that in the near future it would generate huge profits that would consequently add to the economic growth of the country. That to me doesn't sound like the profile of a criminal or one who deserves to be off the streets.

To say that I am surprised that he's been found guilty of a crime of any sort is an understatement. The reason is that I have used him as an example to challenge my kids in the school where I teach.

On the other hand it's said that every human would usually have a moment of madness at one time or the other. This could have been one of those. I believe it is a one-off thing and deserve mercy at hands of your Honour, the Judge.

I therefore, on behalf of my wife (his sister) and our new baby (his niece) whom he's planning to come and see for the first time in summer ask my lord, the Judge to please tamper judgement with mercy.


Yours Faithfully,

Pastor Afam Ikejiaku,
United Kingdom.

Honorable Gladys Kessler
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20004

March 25, 2007

Dear Judge Kessler,

### Ref: Mr. Chiedozie "Fred" Unachukwu

I am writing this letter on behalf of Mr. Chiedozie "Fred" Unachukwu, a personal friend of mine for about 12 years. I attended the same high school with Fred and we both worship at the same church. Fred is an honest, God-fearing and a family man. He maintains close ties to his family, even though they are located in various parts of the world. In church, Mr. Fred volunteers in different departments. He is in the youth intercessory team and also the electrical department. He was also the youth pastor in the church at some point.

Further, Chiedozie "Fred" Unachukwu, is a person that would literally give "the shirt off his back" to help a friend. Personally, he has helped me numerous times financially and emotionally. I remember a time I had not enough money to pay for my tuition; he aided me even though it inconvenienced him and put him behind on his bill payments. I can go to him in the time of distress and hardship because he is always there to listen and offer advice and support.

All things considered, I am deeply and truly convinced Mr. Chiedozie "Fred" Unachukwu would not commit this offense again. This is because he is a man that heeds corrections and advice also. Fred is a person of his words, so if he says he won't do this again; I could bet my life and everything in it that he would never do it again. The man has goals and drive in life – a University of Maryland Baltimore County (UMBC) graduate student. He graduated cum laude (as he told me he was going to) and currently working on developing a Christian website (biblogg.com).

Thanks for your considerations.

Sincerely,

*Onyi Okeke*

Onyedika C. Okeke

5305 85TH Avenue
New Carrollton, MD 20784
03/25/2007

Honorable Gladys Kessler,
United States District Judge,
333 Constitution Avenue, N.W.,
Washington, D.C. 20001.

Dear Judge Kessler,

My name is Edwin Elodimuor, a student at Howard University School of Business Washington D.C, and a member of Voice of the Last Days Ministry since 1989, of which Mr. Chiedozie Unachukwu is also a member. I also attended Logos International Secondary School for a period of two years, and was a junior to Mr. Chiedozie Unachukwu. I have known Mr. Chiedozie Unachukwu for over eight years and can therefore attest to the fact that he is well mannered person, who has exhibited a high level of discipline which earned him the post of the Chapel Prefect between 1998 and 1999, and the post of Senior Prefect which is an equivalent of school President from 1999 to 2000 at Logos International Secondary School, Nigeria.

While he served as the senior prefect of Logos International Secondary School, Nigeria, Mr. Chiedozie Unachukwu led by example. He worked hard to ensure that the affairs of the school were properly managed. While the chapel prefect of Logos International School, he was greatly admired because of the emotional support he gave to junior students and his peers.

Mr. Chiedozie Unachukwu is the second son in a family of seven, and has a sound relationship with his parents and siblings. As a mark of commitment to the service of God and community service, Chiedozie Unachukwu volunteered to lead the Youth Prayer Group of Voice of the Last Days Ministry in New Carrolton Maryland, and also holds the position of Youth Ministry Leader. He engages in tutoring and mentorship of children who face difficulties in subjects like mathematics and English language.

Since his release, I have stayed with him and I can attest to the fact that he has gone through a long period of repentance, through extensive fasting and prayers unto God; and I have no doubt whatsoever that he will not repeat the same mistake again. I call this a mistake because I grew up with Mr. Chiedozie Unachukwu and this is not a trend. On this note Your Honor, I ask that you temper justice with mercy. Thank you for your kind consideration.

Yours truly,

Edwin I. Elodimuor

# EXHIBIT 4

# UNIVERSITY OF MARYLAND

## BALTIMORE COUNTY

### Baltimore, MD  21250

PAGE:  1  OF:  2          DATE:   01/12/2007

Office of the Registrar
(410) 455-3158
FAX (410) 455-1141

STUDENT NAME: CHIEDOZIE F UNACHUKWU

ADDRESS: 6603 ADRIAN STREET

HYATTSVILLE,  MD 20784

CHIEDOZIE F UNACHUKWU                                    STUDENT ID: 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

6603 ADRIAN STREET

HYATTSVILLE,   MD 20784

| COURSE NUMBER | COURSE TITLE | CREDIT ATT. | GR | QPTS |
|---|---|---|---|---|
| | ** UNDERGRADUATE TRANSFER CREDIT ** | | | |
| | * KALAMAZOO VALLEY CMTY CO  01/2004-01/2004 * | | | |
| ENG  110 | COL WRIT I | 3.0 | | |
| MATH 260 | CALC III | 5.0 | | |
| MATH 264 | DIFF EQU/LIN ALG | 4.0 | | |
| | * WESTRN MICHIGAN UNIVERSI  09/2002-09/2003 * | | | |
| CHEM 110 | GEN CHEM I | 3.0 | | |
| CHEM 111 | GEN CHEM LAB I | 1.0 | | |
| CS  111 | COMP SCI I | 4.0 | | |
| ECE  250 | DIGITAL LOGIC | 3.0 | | |
| HPER 111 | HLTY LIVING | 2.0 | | |
| IME  102 | TECH COMM | 3.0 | | |
| MATH 122 | CALC I | 4.0 | | |
| MATH 123 | CALC II | 4.0 | | |
| PHYS 205 | MECH & HEAT | 4.0 | | |
| PHYS 206 | MECH & HEAT LAB | 1.0 | | |
| REL  100 | REL OF WD | 4.0 | | |
| SOC  200 | PRIN OF SOCIO | 4.0 | | |
| | * CATONSVILLE COMMUNITY CO  06/2006-09/2006 * | | | |
| ARTS 120 | PAINTING I | 3.0 | | |
| PEAQ 125 | INTRODUCTORY SWIMMIN | 0.0 | | |
| | **** UNDERGRADUATE RECORDS **** | | | |

** FALL  2004 - BALTIMORE COUNTY **
   MAJOR: INFORMATION SYSTEMS
      - Systems Analysis and Design
   INTENDED DEGREE: BS

| ECAD210 | PRACTICE OF MANAGEMENT | 3.0 | A | 12.0 |
| ECON101 | PRIN OF MICROECONOMICS | 3.0 | A | 12.0 |
| ECON121 | PRIN OF ACCOUNTING I | 3.0 | B | 9.0 |
| IS  202 | SYSTEMS ANALYSIS METHODS | 3.0 | A | 12.0 |
| STAT351 | APPLIED STAT/BUS & ECON | 4.0 | A | 16.0 |

*** DEAN'S LIST ***
*** SEMESTER ACADEMIC HONORS ***

SEMESTER TOTALS:
| GPA | ATT | ERN | QPTS |
|---|---|---|---|
| 3.81 | 16.0 | 16.0 | 61.0 |

** SPRING 2005 - BALTIMORE COUNTY **
   MAJOR: INFORMATION SYSTEMS
      - Systems Analysis and Design
   INTENDED DEGREE: BS

| ENGL393E | TECHNICAL WRITING | 3.0 | B | 9.0 |
|---|---|---|---|---|
| IS  298I | INTO TO PROG TECHNIQUES | 3.0 | A | 12.0 |
| IS  300 | MANAGEMENT INFO SYSTEMS | 3.0 | A | 12.0 |
| IS  303 | HUMAN FACTORS IN COMP | 3.0 | A | 9.0 |
| IS  310 | SOFTWARE/HARDWARE CNCPTS | 3.0 | A | 12.0 |

*** SEMESTER ACADEMIC HONORS ***

SEMESTER TOTALS:
| GPA | ATT | ERN | QPTS |
|---|---|---|---|
| 3.60 | 15.0 | 15.0 | 54.0 |

** FALL  2005 - BALTIMORE COUNTY **
   MAJOR: INFORMATION SYSTEMS
      - Systems Analysis and Design
   INTENDED DEGREE: BS

| ECON102 | PRIN OF MACROECONOMICS | 3.0 | A | 12.0 |
|---|---|---|---|---|
| ECON122 | PRIN OF ACCOUNTING II | 3.0 | B | 9.0 |
| IS  247J | JAVA PROGRAMMING | 3.0 | B | 9.0 |
| IS  410 | INTRO TO DATABASE DESIGN | 3.0 | A | 12.0 |
| IS  450 | DATA COMM & NETWORKS | 3.0 | A | 12.0 |
| PSYC215 | PARAPROFESSIONAL RES COM | 3.0 | B | 9.0 |

*** SEMESTER ACADEMIC HONORS ***

SEMESTER TOTALS:
| GPA | ATT | ERN | QPTS |
|---|---|---|---|
| 3.50 | 18.0 | 18.0 | 63.0 |

OFFICIAL TRANSCRIPT
HANDCARRIED BY STUDENT

TRANSCRIPT GUIDE PRINTED ON REVERSE

# UNIVERSITY OF MARYLAND

## BALTIMORE COUNTY

### Baltimore, MD 21250

PAGE: 2 OF: 2                    DATE: 01/12/2007

Office of the Registrar
(410) 455-3158
FAX (410) 455-1141

STUDENT NAME: CHIEDOZIE F UNACHUKWU

ADDRESS: 6603 ADRIAN STREET

HYATTSVILLE, MD 20784

CHIEDOZIE F UNACHUKWU                        STUDENT ID: 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

6603 ADRIAN STREET

HYATTSVILLE, MD 20784

| COURSE NUMBER | COURSE TITLE | CREDIT ATT. | GR | QPTS | COURSE NUMBER | COURSE TITLE | CREDIT ATT. | GR | QPTS |
|---|---|---|---|---|---|---|---|---|---|
| | ** SPRING 2006 - BALTIMORE COUNTY ** | | | | | | | | |
| | MAJOR: INFORMATION SYSTEMS | | | | | | | | |
| | - Systems Analysis and Design | | | | | | | | |
| | INTENDED DEGREE: BS | | | | | | | | |
| IS 399 | COOP EDUC IN IS | ( 3.0) | P | | | | | | |
| IS 403 | USER INTERFACE DESIGN | 3.0 | A | 12.0 | | | | | |
| IS 451 | NETWORK DESIGN & MGMT | 3.0 | A | 12.0 | | | | | |
| IS 603 | DECISION MAKING SUPPORT | 3.0 | A | 12.0 | | | | | |
| IS 620 | ADV DATABASE PROJECTS | 3.0 | A | 12.0 | | | | | |
| IS 636 | STRUC SYS ANALY & DES | 3.0 | A | 12.0 | | | | | |
| MLL 305 | INTRO INTERCULTURAL COMM | 3.0 | A | 12.0 | | | | | |
| PHED121 | PHYSICAL FITNESS | ( 1.5) | P | | | | | | |
| PRAC098B | INTERNSHIP | ( 0.0) | P | | | | | | |
| | *** DEAN'S LIST *** | | | | | | | | |
| | *** SEMESTER ACADEMIC HONORS *** | | | | | | | | |

SEMESTER TOTALS:
GPA    ATT    ERN    QPTS
4.00   18.0   22.5   72.0

** SUMMER 2006 - BALTIMORE COUNTY **
MAJOR: INFORMATION SYSTEMS
    - Systems Analysis and Design
INTENDED DEGREE: BS

| IS 399 | COOP EDUC IN IS | ( 3.0) | P |
| PRAC098A | INTERNSHIP | ( 0.0) | P |

SEMESTER TOTALS:
GPA    ATT    ERN    QPTS
0.00   0.0    3.0    0.0

UNIV. OF MD. (UGRAD) CUM TOTALS:
GPA    ATT    ERN    QPTS
3.73   67.0   73.0   250.0

TOTAL TRANSFER CREDITS:         52.00
TOTAL INSTITUTIONAL CREDITS:     1.50
TOTAL CREDITS TOWARD DEGREE:   125.00

*** *** E N D  O F  R E C O R D *** ***

OFFICIAL TRANSCRIPT
HANDCARRIED BY STUDENT

TRANSCRIPT GUIDE PRINTED ON REVERSE

THE NAME OF THE UNIVERSITY IS PRINTED IN WHITE ACROSS FACE OF DOCUMENT

# EXHIBIT 5



# College Reading & Learning Association

READING • LEARNING ASSISTANCE • DEVELOPMENTAL EDUCATION • TUTORIAL SERVICES

*certifies that*

## Chiedozie Unachukwu

*has fulfilled all the requirements to be issued a*

### CRLA REGULAR/LEVEL 1 TUTORING CERTIFICATE

President

Chair, CRLA Cert. Certification Committee

_____
Tutor Supervisor
UMBC, LRC/SSS TUTORING PROGRAM
Institution/Program

_____
Date



# Logos International Secondary School
Km 24, Owerri-Onitsha Road, P. O. Box 772, Awo-Omamma, Oru East L.G.A, Imo State.

## School Leaving Certificate and Testimonial

NO: *329*

### This Is To Certify That

Master *Unachukwu Chiedozie Fred.*

was a student in this School from *1995/96* to *2000/2001*

ACADEMIC RECORD *Very Promising.*

He/She sat for the *2001* Senior School Certificate Examination (SSCE)

with Exam No. *4172017/101.*

and offered the following subjects:

ENGLISH LANGUAGE, MATHEMATICS, ~~FURTHER MATHEMATICS~~, IGBO LANGUAGE, ~~HAUSA/YORUBA LANGUAGE~~, ~~FRENCH~~, BIOLOGY, CHEMISTRY , PHYSICS, GEOGRAPHY, ~~LITERATURE IN ENGLISH~~, ~~TYPE WRITING~~ ~~SHORTHAND~~, ~~BOOK KEEPING/ACCOUNTS~~ ~~COMMERCE~~, ECONOMICS, ~~GOVERNMENT~~ HISTORY, CHRISTIAN RELIGIOUS ~~KNOWLEDGE~~, ~~HOME ECONOMICS~~, AGRICULTURAL SCIENCE, ~~TECHNICAL~~ ~~DRAWING~~, FINE ART, ~~MUSIC~~ *(Delete those not applicable).*

CONDUCT *Outstanding.*

POSITION(S) OF RESPONSIBILITY HELD *Chapel Prefect (1999/ 2000) and Senior Prefect (2000/2001)*

OTHER REMARKS *Confident and persevering Student.*

_____
Student's Signature



Date *12 – 7 –2001.*



KALAMAZOO VALLEY
COMMUNITY COLLEGE
A COMMUNITY OF LEARNING.

# Communication Arts Department
## 2003-2004 Essay Contest

*This certificate is presented to*

*Chiedozie Unachukwu*

### Second Place

*for the Persuasive Essay*

### "Public Smoking Should Be Banned"

October 2004
Date

Ron Miazga, Chairperson
Communication Arts Department
Kalamazoo Valley Community College

KALAMAZOO VALLEY
COMMUNITY COLLEGE
A COMMUNITY OF LEARNING.



# Communication Arts Department
## 2003-2004 Essay Contest

*This certificate is presented to*

*Chiedozie Unachukwu*

**Honorable Mention**

*for the Narrative Essay*

**"First Time Away From Home"**

*Ron Mazga, Chairperson*
*Communication Arts Department*
*Kalamazoo Valley Community College*

# EXHIBIT 6



**UMBC**

AN HONORS UNIVERSITY IN MARYLAND

March 16, 2005

**Residential Life**
University of Maryland, Baltimore County
1000 Hilltop Circle
Baltimore, Maryland 21250

PHONE: 410-455-2591
FAX: 410-455-1058
VOICE/TTY: 410-455-3233
www.umbc.edu/

Cheidozie Unachukwu
6608 Adrian Street
Hyattsville, MD  20784

Dear Cheidozie,

Congratulations!  We are pleased to inform you that you have been selected to join the Residential Life paraprofessional staff as a DM for the 2005-2006 academic year.  Based on our personal experiences as former residential life student staff members, and those shared with us by student staff members here at UMBC, you are about to take on an important responsibility that will have a significant impact in a number of ways on you and your development as an individual.  We are certain you will find your new position to be rewarding and challenging, and, hopefully, fun too!

You have been assigned to the PMC community.  There is the slight possibility that if the staffing picture changes significantly sometime prior to the start of the Fall Semester, you could be reassigned to another community.

We anticipate that you have many questions regarding the position and what commitments you are undertaking.  We will provide some of this information in this letter and at the required meeting of your Fall staff in the Spring semester.  Your Community Director will be contacting you to set up this meeting.  New paraprofessionals must attend two training sessions during the Spring semester, depending upon the position for which they have been hired.  The dates and times are as follows:

> **For All New Resident Assistants:**
> Programming:
> April 20, 12:00 pm to 1:00 pm (HBR multipurpose room) **or**
> May 3, 7:30 pm to 8:30 pm (HBR multipurpose room)
>
> Conflict Mediation and Conflict Resolution
> April 24, 8:00 pm to 9:00 pm (HBR multipurpose room) **or**
> May 5, 7:30 pm to 8:30 pm (HBR multipurpose room)
>
> **For All New Desk Managers:**
> Conflict Mediation and Conflict Resolution
> April 24, 8:00 pm to 9:00 pm (HBR multipurpose room) **or**
> May 5, 7:30 pm to 8:30 pm (HBR multipurpose room)
>
> Supervision
> April 27, 12:00 pm to 1:00 pm (Res Life small conference room)

Additionally, all new paraprofessional staff must attend a meeting on Sunday, May 1st, from 7 to 8 p.m. in the Harbor Multipurpose Room. The purpose of this meeting is to complete payroll and to gather information we will need during the summer. You must complete payroll paperwork at this meeting, prior to beginning your position. You must bring with you a photocopy of your driver's license and your social security card. International students may substitute certain documents for the ones listed and should contact Business Services at x2-7411 in advance of this meeting.

Your employment is contingent on maintaining a 2.0 semester and 2.25 cumulative grade point average, continued adherence to high standards of behavior, registering for and receiving a "C" or above in PSYC 215, and participation in Fall Training which will begin on August 20, 2005. Also, please remember that this job is typically a 20 hour a week commitment and any extra curricular activity outside of the paraprofessional position must be approved by your supervisor in the fall.

Remuneration for the position will be room, 10 meal plan, your equal share of the utility bill for your apartment (for apartment staff), and a $275.00 stipend for each semester. Please be advised that this compensation may affect your financial aid package if you receive aid. Please contact the Financial Aid Office if you have any questions or concerns.

**Please indicate in writing your acceptance or rejection of this job. Your response should be returned to Sharon Jacobs, Residential Life, by April 4, 2005, at 4:00 p.m. Failure to do so will be considered a rejection of this offer. When you accept the position in writing, we will send you registration instructions for PSYC 215. NOTE: This course will be offered Mondays or Thursdays, 4:30 to 7:00 p.m.**

**In addition, you must go through the recontracting process. When you mail in your contract, write "STAFF" at the top of your contract. Apartment and Harbor staffs, please see the enclosed information regarding recontracting!**

Again, congratulations! We are excited to welcome you to the Residential Life staff.

Sincerely,

Matthew Soldner
Assistant Director of Residential Education

Michael Post
Assistant Director of Residential Education

Enclosure

cc:  Community Director, Student File