IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-358 (GK) |
| ) | |
| CHIEDOZIE UNACHUKWU, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF FILING

Defendant, Chiedozie Unachukwu, respectfully submits this Notice of Filing. In anticipation of Mr. Unachukwu's sentencing on Thursday, June 7, 2007, the defense respectfully submits the two documents attached hereto: (1) a letter to the Court from Mr. Unachukwu; and (2) the final signed copy of the psychological evaluation of Mr. Unachukwu conducted by Dr. Carole T. Guinta. The second document is identical in all substantive respects to the evaluation filed as an exhibit to Mr. Unachukwu's Sentencing Memorandum.

Respectfully submitted,

　　　　　/s/
Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500, ex. 134
(202) 208-7515 (fax)

June 5, 2007

Honorable Gladys Kessler
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kessler,

I would like to use this opportunity to thank you for all the understanding you have shown with regards to my case before you. During the past court sessions, you have proven that you do not only have a great sense of judgment, but you are also interested in the wellbeing of others. I find your thoughtful decisions very exceptional.

Being part of a family that fears God and human authority, I wish to acknowledge that there was no justification for my actions. I admit that I was wrong and I accept full responsibility. I am extremely ashamed and remorseful about my actions and for having failed both God and man. Words cannot express how deeply sorry I am.

The past six months have been the worst months of my life. After my arrest on November 17, 2006, I was imprisoned in DC Jail for about six days. During this time in jail, it was clear to me that jail is not a good place for inhabitation. For the first time in my life, I lived without being of any use to my society and myself. This has really changed my life completely for the better.

I perfectly understand that someone who engages in this kind of act is viewed as a terror in any society. I beg your indulgence that you see me as a changed person. Please be assured that I have resolved in my mind to abhor from any evil act, especially anything that has to do with immorality. My pastor, father and a few members of my church can attest that I have met with them for prayers and counseling.

Concerning my future plans, I do plan to pursue a PhD degree in Information systems, a major I enjoyed during my undergraduate education, next academic year. Once I complete my master's degree this summer (2007), I would like to begin the PhD program at University of Maryland Baltimore County. This will enable me to contribute more to the society as much as possible.

Thank you for the opportunity to write to you. I am confident you will deliver the best possible justice, bearing in mind that I am a changed person, and full of desire to positively influence my society.

Sincerely,

Chiedozie (Fred) Unachukwu
5305 85th Ave Apt. 201
Hyattsville, Maryland, 20784
Tel: 240-432-9482

**CAROLE T. GIUNTA, Ph.D.**
**& ASSOCIATES, LLC**

**Carole T. Giunta, Ph.D.**
*Licensed Psychologist*

*Clinical & Forensic Psychology*
*Neuropsychology*

May 24, 2007


Jonathan Jeffress, Jr., Esq.
Assistant Federal Public Defender
District of Columbia
625 Indiana Avenue, NW, Suite 550
Washington, DC  20004

Re:    **U.S. v. Chiedozie Unachukwu**

Dear Mr. Jeffress:

Pursuant to your referral, I have completed my evaluation of Mr. Chiedozie Unachukwu, a 23-year-old African man. Mr. Unachukwu has pled guilty in U.S. District Court for the District of Columbia with Travel with Intent to Engage in Illicit Sexual Conduct. He was evaluated in light of his upcoming sentencing.

I personally examined Mr. Unachukwu on April 3 and April 24, 2007. The nature of the evaluation and the limits of confidentiality were explained to Mr. Unachukwu and his consent for participation was obtained. Additionally, I spoke with the following individuals to obtain collateral information: Mr. Victor Mbakpuo (5/15/07), Mr. Unachukwu's friend, and his pastor, Mr. Timothy Okeke (5/18/07).

In addition, I reviewed the following documents which you forwarded to me: Criminal Complaint against Chiedozie Unachukwu (11/17/06); Copies of Instant Messaging Chats (05/03/06; 05/05/06; 11/16/06); Charges against Chiedozie Unachukwu (12/14/06); Full and Complete Plea Offer to Chiedozie Unachukwu from the Criminal Division of the Office of the United States Attorney for the District of Columbia (12/19/06); Full and Complete Plea Offer to Chiedozie Unachukwu from the Government (1/3/07); Presentence Investigation Report; Letters of Reference for Chiedozie Unachukwu to the Honorable Gladys Kessler from Nnamdi Unachukwu, Timothy Okeke, Leonard Enendu, Onyedika Okeke and Edwin Elodimuor; Resume of Chiedozie Unachukwu; and Transcripts for Chiedozie Unachukwu from the University of Maryland at Baltimore County.

Please note that my experience evaluating and treating sex offenders dates back to 1990. During these years, I have conducted numerous evaluations of alleged and adjudicated sex offenders. I have also provided treatment to sex offenders in both inpatient and outpatient settings.

**RELEVANT HISTORY:** Mr. Unachukwu was born and raised in Nigeria in an intact family with six siblings. Until the age of 11 Mr. Unachukwu lived with his family with whom he has always enjoyed close relationships. His family is deeply religious and provided him with a strong grounding in faith and morality. There is no history of trauma or abuse.

Re: U.S. v. Chiedozie Unachukwu                                                                            2
May 24, 2007

From 11 to 19 years of age, Mr. Unachukwu attended a Pentecostal Christian boarding school which is affiliated with his church. In his third year, Mr. Unachukwu was chosen for the position of Prefect which carries authority to discipline other students and enforce the school's codes of morality and discipline. In his fourth year, Mr. Unachukwu became a Chapel Prefect which is the student government position which is in charge of morality and discipline. In his fifth and sixth years at the school, Mr. Unachukwu held the position of Senior Prefect. In this role, he was responsible for reconciling differences between students and managing a team of approximately 14 student leaders. To be chosen Senior Prefect, one must exhibit the best character, strong grades, independence, creativity, good judgment and be a responsible and sociable person. The school scrutinizes the student's background before filling such a position. Not only was Mr. Unachukwu awarded this position, but he was kept on for a second year. Further, he received accolades indicating that he had carried out his duties in an outstanding fashion. The Presentence Investigation Report indicates that Mr. Unachukwu provided documentation that his conduct at school was judged to be "outstanding."

After completing high school, Mr. Unachukwu worked for a year for his brother's information technology business in Nigeria. He then emigrated to the United States in 2002 to further his education. Mr. Unachukwu completed two years at Western Michigan University in Kalamazoo before transferring to the University of Maryland at Baltimore County (UMBC). He completed a BS degree in information technology at UMBC and is currently working toward a Masters in the same field at the same university. Mr. Unachukwu has always excelled in school. In addition to his full-time studies, Mr. Unachukwu has worked as a tutor, a research assistant and a dormitory staff member. In 2006 he and two friends started a business writing software and creating a Christian blog.

Mr. Unachukwu was raised in a Pentecostal Christian home where the use of tobacco, alcohol and drugs is strictly forbidden. Accordingly, Mr. Unachukwu has never used any of these substances.

In accordance with his religious faith as well as his cultural upbringing, Mr. Unachukwu follows very clear and strict guidelines regarding sexual behavior. Namely, sex should occur only within marriage. Sex outside of marriage is considered to be a sin as is masturbation, homosexuality and the use of pornography for sexual stimulation. Throughout his upbringing, Mr. Unachukwu was discouraged from spending time one-on-one with girls and from dating because his parents were concerned that this could lead to sex. As such, Mr. Unachukwu has never dated and has extremely limited sexual experience. Since living in the United States he has kissed one girl and has had sex on one occasion with another girl. He described his lone sexual experience as "a mistake." Mr. Unachukwu acknowledges that he is sexually curious and has sexual desire, but does not allow himself to act on that desire. Indeed, he felt guilty for a long time after having sex because he considered it to be a sin. Mr. Unachukwu has no experience with masturbation or use of pornography which are not a part of his culture.

Mr. Unachukwu spends a great deal of time on the computer and on the Internet particularly as he is studying information technology. Additionally, he keeps

Re: U.S. v. Chiedozie Unachukwu                                                              3
May 24, 2007

himself very busy with school and other commitments in part to avoid temptations, such as sex. When he does have free time or when he feels very stressed, he sometimes visits chat rooms on the Internet. He primarily visits a Christian chat room but also visits the Yahoo Maryland romance chat room.

On November 16, 2006 Mr. Unachukwu found himself with some free time after encountering frustrations at work which required him to wait for his manager to become available to consult with him. While he was waiting he visited the Christian chat room and then the Maryland chat room. In the latter setting, he first read some chats and then pursued his own chat with a person using the screen name of "lilmandygrl_dc." Mr. Unachukwu indicated that he chose to chat with this individual based on the fact that the screen name suggested to him that it was a female and that she was young. To him, "little" meant young as opposed to old but did not carry the connotation of an under aged girl. Mr. Unachukwu undertook a very sexually explicit chat with "lilmandygrl_dc." He reports that he cut and pasted some of the questions and statements from other chats but also acknowledges that his sexual curiosity as well as the anonymity of the Internet contributed to the explicit nature of the chat.

The individual using the screen name of "lilmandygrl_dc" indicated to Mr. Unachukwu that she will "be 14" years old. The defendant reports that he put little stock in that comment given that individuals using the chat room have to certify that they are at least 18 in order to enter the chat room and that people often provide false or misleading information on the Internet. Further, he reported that he was not seeking contact with an under age girl per se. There is nothing in Mr. Unachukwu's history to indicate that he has a preference for young girls. He reports interest in females of his own age but normally does not allow himself to pursue his sexual interest.

During this chat, the two discussed meeting later that evening. Mr. Unachukwu briefly re-contacted "lilmandygrl_dc" later that evening to again discuss meeting. The defendant reports that he was of two minds about whether to meet this individual. He was not accustomed to meeting people from a chat room but because this individual was located close to his house he decided to pursue the meeting. Mr. Unachukwu was arrested later that evening when he arrived at the designated meeting place. Mr. Unachukwu had previously chatted online with an individual who reported being 14 years old, but had not planned a meeting.

**CURRENT CLINICAL PRESENTATION:** Mr. Unachukwu was fully cooperative with the evaluation. He was clearly embarrassed and ashamed about the nature of his criminal charges. Nevertheless, he was quite forthcoming on interview. He presented as neatly dressed and groomed. Mr. Unachukwu appeared his stated age. He evidenced no unusual motor movements. His thought process was logical and goal-directed. His thought content was free from delusional material. He demonstrated good range of affect. Neurovegetative symptoms were absent.

Mr. Unachukwu was fully oriented to person, place and time. He denied auditory and visual hallucinations. Because Mr. Unachukwu is a strong Christian, he believes that he hears a voice from God intermittently which guides him. This is not a true hallucination, but rather, it appears to be an aspect of his conscience or his religious beliefs. There is no history of thought insertion or

Re: U.S. v. Chiedozie Unachukwu                                                4
May 18, 2007

withdrawal, ideas of reference or inappropriate levels of paranoia. There is no history of obsessive compulsive features or other symptoms of anxiety.

Mr. Unachukwu reported feeling depressed but not hopeless since his arrest. He has no history of clinical depression, racing thoughts, loose associations or other affective dysfunction. His current mood is very low but he remains functional at school and in his personal life. Mr. Unachukwu has no history of suicidal or homicidal ideation or self-harm. He has no history of mental health treatment. Similarly, he has never been treated with psychiatric medications or hospitalized for psychiatric reasons.

Mr. Unachukwu reported no ongoing medical problems and no regular use of medications. He has never smoked or consumed alcohol or drugs.

**INFORMATION FROM COLLATERAL SOURCES:** The history provided by Mr. Unachukwu was corroborated by several friends and family members which lends credibility to his self-report. Mr. Okeke, his pastor, has known Mr. Unachukwu's family since before the defendant was born. He stressed that Mr. Unachukwu has alwayss been a role model, particularly with respect to his strong faith and his morals and character. Letters submitted on his behalf also underscore Mr. Unachukwu's close relationships with his family, his strong moral character and his strong Christian faith. The letters further indicated that his background, as shaped by his family, his church and his school, was one where discipline was foremost. His uncle described him as someone who "has always been seen as a shinning [sic] star - always doing the right things." As such, this offense came as an "immense surprise." Mr. Unachukwu's deep shame and embarrassment was also underscored. Since his arrest, Mr. Unachukwu has sought counseling "constantly" from his long time pastor.

**CONCLUSIONS:** The following is my opinion within a reasonable degree of psychological certainty.

Mr. Chiedozie Unachukwu is a 23 year-old Nigerian man who has been studying in the United States since 2002. He was raised in a strongly Christian family in Nigeria and attended a Christian boarding school for high school where he was recognized as a student leader with outstanding character, morals and behavior.

Mr. Unachukwu's beliefs about sex are consistent with his cultural and religious upbringing. In particular, sex outside of marriage is considered a sin as is masturbation or use of pornography for sexual gratification. Throughout his teenage and adult years Mr. Unachukwu has been discouraged from spending time one-on-one with females for fear that sexual feelings would develop. He very strongly holds the value that he must wait until marriage for sex. However, he has chosen to defer marriage until after he completes his graduate studies. As such, he is a 23-year-old young man with normal sexual desire who has no outlet for that desire given his cultural and religious expectations. This is compounded by the fact that he is caught between his traditional Nigerian culture where waiting for sex and marriage are strongly reinforced and the much freer culture of the United States regarding sex which he is immersed in on a daily basis.

Mr. Unachukwu strongly over-controls his sexual urges by keeping himself busy and

Re: U.S. v. Chiedozie Unachukwu                                          5
May 18, 2007

by staying close to his faith. However, on a few occasions his remarkable level of self control has been breached when his normal sexual curiosity has overridden his behavioral controls. This occurred on one occasion previously when he had sex with a friend which resulted in his feeling guilty for a protracted period. More recently, Mr. Unachukwu's sexual desire led him to undertake sexually explicit online conversations in chat rooms on a few occasions, leading to the instant offense. His sexual desires are so over-controlled that when he does act on them he is prone to act in a somewhat under-controlled fashion, missing the middle ground. This is exemplified by the explicit nature of the chat which led to his arrest on the instant offense.  The anonymity and impersonal nature of the Internet also contributed to the graphic nature of the chat.

Mr. Unachukwu does not meet DSM-IV criteria for pedophilia.  The primary criterion is as follows: "Over a period of at least six months, recurrent, intense, sexually arousing fantasies, sexual urges or behaviors involving sexual activities with a prepubescent child or children (generally age 13 years or younger)." There is no indication that Mr. Unachukwu has had sexual fantasies, sexual urges or behavior involving children. During the instant offense, Mr. Unachukwu was seeking sexual contact but not with a minor per se. The fact that he pursued a meeting with a young woman leading to the instant offense demonstrates that he is naive and that his judgment was clouded in the moment by his sexual urges but does not demonstrate a pattern of recurrent sexual behavior with children. Additionally, Mr. Unachukwu does not have a sexual preference for children as compared to adults as many pedophiles do. Also, pedophiles are generally attracted to prepubescent children. Through some of his questioning Mr. Unachukwu was attempting, albeit in a coarse fashion, to determine if the individual he was chatting with was sexually mature as he was not interested in someone who was not. Also, pedophiles who prefer females are generally attracted to 8-10 year olds which Mr. Unachukwu is not.

Mr. Unachukwu has experienced tremendous shame and public humiliation in the wake of his arrest for this type of offense given the strongly held religious and cultural expectations within his family and culture along with his history as a model of moral behavior.  This will go a long way toward deterring further sexual exploration of this type from this defendant. From a risk assessment standpoint, Mr. Unachukwu is at low risk of re-offending.  Of the variables known to be associated with sexual offending, the only ones present in Mr. Unachukwu's case are his age and the fact that he is single.  He has no prior history of sexual offending or of violence.

Respectfully submitted,

Carole T. Giunta, Ph.D.