HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-358-01</u> |
| vs. | : | SSN: _____ |
| UNACHUKWU, Chiedozie F. | : | Disclosure Date: <u>March 19, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _____
Prosecuting Attorney                                    Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ 3-29-2007          _[signature]_ 4/4/07
Defendant          Date                    Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 02, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
United States Probation Officer

**Receipt and Acknowledgment**      Page 2

PLEASE SEE THE ATTACHED SHEET FOR SOME CORRECTIONS.
LET ME KNOW IF YOU HAVE ANY QUESTIONS/CONCERNS.
THANKS.
- FRED UNACHUKWU

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 8-29-2007

UNACHUKWU, Chiedozie                                                          Page 11

  Subtotal:                                                        $4550.00

 Total Assets:                                                          $4551.00

  Unsecured Debts
   Unsecured Loans                                             $1650.00
  Total Unsecured Debt:                                             $1650.00

NET WORTH:                                                                   $2901.00

Monthly Cash Flow

  Income
   Gifts (family)                                              ~~$2,465.00~~ $2,400 [handwritten]
  Total Income:                                                     ~~$2,465.00~~ $2,400 [handwritten]

  Necessary Living Expenses
   Rent                                                        $970.00
   Food                                                        $350.00
   Utilities                                                   $100.00
   ~~Travel Club~~ ("I DON'T PAY FOR THIS" [handwritten])      ~~$89.00~~
   Telephone                                                   $70.00
   Transportation (auto maintenance and repair)                $100.00
   Auto Loan                                                   $453.00
   Auto Insurance                                              ~~$333.00~~ $297.00 [handwritten]

 Total Expenses:                                                        $2465

NET MONTHLY CASH FLOW:                                                       $0.00

46.  The information contained on the Net Worth Statement and Monthly Cash Flow Statement was obtained from the defendant. Independent research was conducted through AutoTrackXP and Westlaw, as well as with an automated credit report (Equifax, an unverified source of information).

47.  Unachukwu has individual checking and savings accounts at Bank of America. The savings account has a zero balance his checking account has an approximate balance of $1. This information is confirmed through bank records.

48.  According to his credit report, he has consumer debt totaling approximately $1,650. He has no accounts in collection status.

49.  In August of 2006, the defendant purchased a 2007 Toyota Camry for approximately $20,000, for which he used $1,500 of his savings for the down payment. According to the defendant's credit report, in July of 2006, he secured a loan for approximately $21,600