HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **06-CR-358-01** |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| UNACHUKWU, Chiedozie F. | : | Disclosure Date: **March 19, 2007** |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Michael C. [signature]_      _3/21/07_
**Prosecuting Attorney**      **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____      _____
**Defendant**     **Date**      **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 02, 2007**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:      Gennine A. Hagar, Chief
        United States Probation Officer

Receipt and Acknowledgment                                      Page 2

On p. 3, ¶ 6: Plea agreement also provides that neither party will ask for or suggest that the court impose a sentence outside the guideline range of imprisonment, taking into account the Smith departure.

On p. 12, ¶¶ 55 + 56: 18 USC § 3583(k) requires that the period of supervised release be not less than 5 years.

Signed by: _____
                (Defendant/Defense Attorney/AUSA)

Date:          3/21/07