## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-358 (GK)** |
| | ) | |
| **CHIEDOZIE UNACHUKWU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR
### RECOMMENDATION REGARDING DEFENDANT'S BIBLE AND OTHER BOOKS

Defendant, Chiedozie Unachukwu, through counsel, respectfully submits this Motion for a recommendation that the authorities at the D.C. Jail permit Mr. Unachukwu's counsel and/or a defense investigator to bring Mr. Unachukwu several books.

In support of this Motion, defense counsel respectfully submits:

1.      On June 7, 2007, the Court sentenced Mr. Unachukwu to 24 months incarceration. The Court immediately remanded Mr. Unachukwu to the D.C. Jail.

2.      Mr. Unachukwu has not yet received his federal designation.

3.      Defense counsel seeks a recommendation from this Court recommending that Mr. Unachukwu be allowed to receive three books at the D.C. Jail:  (1) a Bible; (2) Systems Architecture, by Stephen D. Brand; and (3) Data Mining: Practical Machine Learning Tools and Techniques, by Ian H. Witten and Eibe Frank.  The latter two books are for use in Mr. Unachukwu's thesis, which he is attempting to complete while incarcerated.

4.      Undersigned counsel contacted the AUSA now assigned to this case, Jeff

Pearlman.  The government does not oppose this Motion.

WHEREFORE, the defense respectfully requests that the Court enter the attached Order.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Criminal No. 06-358 (GK)** |
| ) | |
| **CHIEDOZIE UNACHUKWU,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon the unopposed motion of Defendant Chiedozie Unachukwu, and for good cause

shown, it is hereby

**RECOMMENDED** that counsel for Mr. Unachukwu or his investigator be allowed to

bring Mr. Unachukwu the following three books at the D.C. Jail:

(1) a Bible;

(2) Systems Architecture, by Stephen D. Brand; and

(3) Data Mining: Practical Machine Learning Tools and Techniques, by Ian H. Witten and

Eibe Frank

**SO ORDERED.**

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Jeff Pearlman, AUSA