IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHIEDOZIE UNACHUKWU,<br><br>Defendant. | )<br>)<br>)<br>)  Criminal No. 06-358 (GK)<br>)<br>)  **FILED**<br>)<br>)  JUN 2 6 2007<br>)<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Upon the unopposed motion of Defendant Chiedozie Unachukwu, and for good cause shown, it is hereby

**RECOMMENDED** that counsel for Mr. Unachukwu or his investigator be allowed to bring Mr. Unachukwu the following three books at the D.C. Jail:

(1) a Bible;

(2) Systems Architecture, by Stephen D. Brand; and

(3) Data Mining: Practical Machine Learning Tools and Techniques, by Ian H. Witten and Eibe Frank

**SO ORDERED.**

June 26, 2007

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Jeff Pearlman, AUSA